## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| **Plaintiff,** | ) ) | No. |
| **v.** | ) ) | |
| **MARWAN I. KHOURI,** | ) ) | |
| **Defendant.** | ) ) | |

```
FILED: APRIL 14, 2008
08 CV 2117   JH
JUDGE GETTLEMAN
MAGISTRATE JUDGE SCHENKIER
```

### COMPLAINT FOR DECLARATORY JUDGMENT
### OF RESCISSION AND OTHER RELIEF

Plaintiff, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Michael J. Smith and Warren von Schleicher, hereby presents this complaint against defendant, MARWAN I. KHOURI, and states as follows:

### *Jurisdiction, Venue and the Parties*

1.　　This is an action between citizens of different states: the plaintiff, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), an insurance company authorized and engaged in the business of insurance in the State of Illinois and in the Northern District of Illinois, is a New York corporation with its principal place of business in New York, New York and is, therefore, a citizen of the State of New York; the defendant, MARWAN I. KHOURI ("Khouri"), is a resident of Orland Park, Illinois and is, therefore, a citizen of the State of Illinois.

2.　　The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 based on the fact that MetLife seeks herein the rescission of an installment contract valued at approximately $603,000.00 which represents the total of monthly payments of $3,350.00 potentially due under the contract from December 7, 2007 to October 16, 2023 (a time frame that

reflects the benefit period after the elimination period established in the policy until Khouri reaches age 65).  Jurisdiction of the Court is invoked, therefore, pursuant to 28 U.S.C. §1332.

3.      MetLife seeks a declaratory judgment of rescission of the disability insurance policy it issued to Khouri and the return to Khouri of premium payments made by him to MetLife; jurisdiction of the Court to declare a rescission is invoked pursuant to 28 U.S.C. §2201.

4.      Venue is proper in this district since a substantial part of the events or omissions giving rise to this claim occurred within the Northern District of Illinois.  28 U.S.C. §1391(a).

### Nature of Action

5.      This action involves a claim for rescission of a contract of disability income insurance issued by MetLife to Khouri with an effective date of April 15, 2006.

### Statement of Facts

6.      On April 12, 2006, Khouri, who was a Quality Engineer for Suncast, a manufacturing company located in Batavia, Illinois, signed and, thereafter, submitted to MetLife, his executed application, including an application amendment executed by him on May 15, 2006, ("Application") for the issuance to him by MetLife of a disability income insurance policy.  A copy of Khouri's Application, including the application amendment, is attached hereto as Exhibit A.

7.      As part of the Application (Exhibit A) that he submitted to MetLife for the purpose of securing a disability income insurance policy, Khouri agreed with MetLife that he had read the Application, that all statements and answers in the Application were true and complete to the best of his knowledge and that the statements and answers in the Application would be the basis for any policy issued to him by MetLife.

8.      In Part B of the Application that Khouri signed on April 12, 2006, Question 5.(a), in pertinent part, asks: "Have you EVER received treatment, attention or advice for; been told that you had; or had any known indication of: (a) Any disease or disorder of the heart; arteries or veins; chest pains; elevated (high) blood pressure (hypertension)?" to which Khouri, by marking the designated box, responded with the answer, "No."

9.      In Part B of the Application that Khouri signed on April 12, 2006, Question 5.(b), in pertinent part, asks: "Have you EVER received treatment, attention or advice for; been told that you had; or had any known indication of: (b) Arthritis; any disease, disorder or deformity of the bones, muscles, tendons, or joints, including the spine; any neck or back problems or disorder; carpal tunnel syndrome?" to which Khouri, by marking the designated box, responded with the answer, "No."

10.      In Part B of the Application that Khouri signed on April 12, 2006, Question 5.(k), in pertinent part, asks: "Have you EVER received treatment, attention or advice for; been told that you had; or had any known indication of: (k) Any physical deformity or physical impairment?" to which Khouri, by marking the designated box, responded with the answer, "No."

11.      In Part B of the Application that Khouri signed on April 12, 2006, Question 6.(a), in pertinent part, asks: "Have you EVER: (a) Been advised to have any medical test or surgical operation that was not performed, or had any medical test or surgical operation performed, or gone to a hospital, doctor's office, clinic, dispensary or sanatorium for observation, examination or treatment; and this information has not been revealed by previous questions?" to which Khouri, by marking the designated box, responded with the answer, "No."

12.     In Part B of the Application that Khouri signed on April 12, 2006, Question 6.(b), in pertinent part, asks: "Have you EVER:   (a) Had persistent cough, pneumonia, chest discomfort, muscle weakness, unexplained weight loss of 10 pounds or more, swollen glands, patches in the mouth, visual disturbances, recurring diarrhea, fever or infection?" to which Khouri, by marking the designated box, responded with the answer, "No."

13.     In Part B of the Application that Khouri signed on April 12, 2006, Question 7.(b), in pertinent part, asks: (b) Have you received or applied for disability, workers' compensation, or military disability benefits from any source in the past 5 years?"  to which Khouri, by marking the designated box, responded with the answer, "No."

14.     On April 18, 2006 (six days after completing the Application that Khouri signed on April 12, 2006), Khouri underwent a Paramedical/Medical Exam. On the Part II: Paramedical/Medical Exam portion of the Application, Question 5(a) asks:  "Have you EVER received treatment, attention or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that you had:  a)  High blood pressure; chest pain; heart attack; or any other disease or disorder of the heart or circulatory system?" to which Khouri, by marking the designated box, responded with the answer "No."

15.     On April 18, 2006 (six days after completing the Application that Khouri signed on April 12, 2006), Khouri underwent a Paramedical/Medical Exam. On the Part II: Paramedical/Medical Exam portion of the Application, Question 5(g) asks:  "Have you EVER received treatment, attention or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that you had:  g)  Arthritis; gout; or disorder of the muscles, bones or joints?" to which Khouri, by marking the designated box, responded with the answer "No."

16.    On April 18, 2006 (six days after completing the Application that Khouri signed on April 12, 2006), Khouri underwent a Paramedical/Medical Exam.    On the Part II: Paramedical/Medical Exam portion of the Application, Question 6 asks:  "Are you now, or within the last six months, under observation or taking medications or treatment? (Including over the counter medications, vitamins, herbal supplements, etc.)?" to which Khouri, by marking the designated box, responded with the answer "Yes" and answered that he was taking Crestor.

17.    On April 18, 2006 (six days after completing the Application that Khouri signed on April 12, 2006), Khouri underwent a Paramedical/Medical Exam. On the Part II: Paramedical/Medical Exam portion of the Application, Questions 8 a) and b) ask: "Other than the above, during the past five years have you had any: a) Checkup; electrocardiogram; chest x-ray; or medical test?" and "b) Illness; injury; or health condition not revealed above; or have been recommended to have any; treatment; hospitalization; surgery; medical test; or medication?" and to which Khouri, by marking the designated boxes, responded with the answer "No."

18.    The answers, statements and representations made and provided by Khouri in the Application (Exhibit A) with regard to his medical history were an integral part of Khouri's application to MetLife for the issuance of a disability income insurance policy and MetLife reasonably relied on those answers, statements and representations in making its decision to issue and deliver to Khouri a disability income insurance policy.

19.    Because of and in reliance on the answers, statements and representations made and provided by Khouri in the Application (Exhibit A), MetLife issued and delivered to Khouri, a disability income insurance policy identified as Policy No. 6 478 735 AH with an effective date

of April 15, 2006 ("Disability Policy").  A copy of the Disability Policy is attached hereto as

Exhibit B.

20.    Not disclosed by Khouri in response to Questions 5 and 6 in Part B of the

Application that he signed on April 12, 2006, or on the Paramedical/Medical Exam questionnaire

completed on April 18, 2006, is the fact that, previous to his signing the Application, Khouri had

been examined, advised and treated for multiple medical conditions as follows:

- On March 16, 2006, a chest x-ray was performed at Palos Community Hospital based on
  Khouri's complaint of chest pain and for suspected coronary artery disease;

- On March 31, 2006, Khouri was diagnosed, per a coronary angiogram, with decreased
  left ventricular function, ejection fraction 45%, stenosis of LAD 99%, left circumflex
  99% lesion, right coronary artery 70% lesion; based thereon, a plan was made for
  coronary artery bypass surgery and Khouri was hospitalized from March 31, 2006
  through April 8, 2006 at Christ Medical Center, with the discharge summary referencing
  a stress test that was done at Palos Community Hospital.

- On April 3, 2006, Khouri underwent 3 vessel coronary bypass surgery.

- On June 23, 2004, an office visit note documents injury to Khouri's lower back and
  diagnosis of degenerative disc disease at L4-L5.

- On February 3, 2005, an office visit note documents that Khouri was continuing to have
  problems with his back and that he was injected with Kenalog, Marcaine and Lidocaine.

- On February 21, 2005, Khouri underwent MRI testing which found a small annular tear
  at L5-S1 and moderate degenerative facet hypertrophy of the lower lumbar spine.

21.    If Khouri had disclosed to MetLife on the Application (Exhibit A) or, at any time

prior to the issuance and delivery of the Disability Policy, the true, complete and correct

information and answers regarding his prior testing for, diagnoses, treatment for or known indication of his various medical conditions, including his coronary artery disease and degenerative disc disease, MetLife would not have issued and delivered to Khouri the Disability Policy or any disability income insurance policy.

22.     Each of the answers, statements and representations made by Khouri on the Application were made by him for the purpose of inducing MetLife to rely thereon; MetLife did, in fact, rely on such answers, statements and representations and, each of them, in issuing and delivering the Disability Policy (Exhibit B) to Khouri and designating Khouri as the insured thereunder.

23.     The answers, statements and representations contained in the Application signed by Khouri on April 12, 2006 in response to Questions 5. (a), 5. (b) and 5. (k), 6.(a) and 6.(b) and 7. (b) and in response to Questions 5. a) and g), 6., and 8 a) and b) of the Paramedical/Medical Exam completed on April 18, 2006, were false, misleading, incomplete and untrue and were known by Khouri to be false, misleading, incomplete and untrue at the time he made such answers, statements and representations.

24.     Despite inquiry by MetLife with respect to the answers, statements and representations made by Khouri on his Application to MetLife, Khouri concealed and neglected to communicate to MetLife, the inaccuracies, falsehoods and misrepresentations associated with his answers, statements and representations that he made to induce MetLife to issue the Disability Policy.

25.     The false, misleading, incomplete and untrue answers, statements and representations made by Khouri were material to the risk undertaken by MetLife in issuing the Disability Policy to Khouri in that MetLife would not have issued or delivered to Khouri the

Disability Policy if MetLife had known that the answers, statements and representations made by Khouri in response to Questions 5. (a), 5. (b) and 5. (k), 6.(a) and 6.(b) and 7. (b) of Part B of the Application signed by Khouri on April 12, 2006 and in response to Questions 5. a) and g), 6., and 8 a) and b) of the Paramedical/Medical Exam completed on April 18, 2006 were false, misleading, incomplete and untrue.

26.     At the time it issued and delivered the Disability Policy to Khouri, MetLife had no knowledge of the falsity, incompleteness or untruthfulness of the answers, statements and representations made and provided by Khouri in the Application.

27.     Khouri presented to MetLife an Initial Claim for Disability Benefits form dated December 27, 2007 ("Insured's Statement") for payment of disability benefits under the terms of the Disability Policy on the basis of an alleged inability to perform his occupational duties since October 8, 2007 due to lumbar sprain and strain.  A copy of Khouri's Insured's Statement is attached hereto as Exhibit C.

28.     In the course of evaluating and processing the disability claim presented by Khouri in the Insured's Statement, MetLife learned that Khouri had made and provided false, misleading, incomplete and untrue answers, statements and representations in response to Questions 5. (a), 5. (b) and 5. (k), 6.(a) and 6.(b) and 7. (b) of Part B of the Application signed by Khouri on April 12, 2006 and in response to Questions 5. a) and g), 6., and 8 a) and b) of the Paramedical/Medical Exam completed on April 18, 2006.

29.     Because the Disability Policy was issued and delivered on the basis of purposefully false and material misrepresentations intentionally made and provided by Khouri in the Application, the Disability Policy is void, *ab initio*.

30.    By reason of its request for entry of a declaratory judgment of rescission of the Disability Policy, MetLife, by its letter dated April 10, 2008 (a copy of which is attached hereto as Exhibit D), tendered to Khouri the sum of $9,242.15 which represents a refund of all premiums totaling $8,531.28 paid by Khouri under the terms of the Disability Policy, plus interest thereon, through April 10, 2008.

WHEREFORE, plaintiff, METROPOLITAN LIFE INSURANCE COMPANY, respectfully requests entry of declaratory judgment rescinding and holding for naught any coverage existing under the Disability Policy bearing number 6 478 735 AH as to defendant, MARWAN I. KHOURI, for the entry of a judgment holding the Disability Policy void, *ab initio*, as to defendant, Marwan I. Khouri and for such other relief as this Court may deem just and that MetLife be awarded its costs incurred herein.

MetLife demands trial by jury as to all issues triable by jury.

Respectfully submitted,

By: /s/ Michael J. Smith

Attorney for Metropolitan Life Insurance Company

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300

# EXHIBIT

# A

**MetLife**
Metropolitan Life Insurance Company
One Madison Avenue, New York, NY 10010

**1**

# Part A. Application for Disability Income Insurance

1. (a) Proposed Insured

MARWAN                 I              KHOURI
Full Name          First/Given        Middle          Last/Surname        Suffix (e.g. Jr.) Prof. Desig.        (Maiden name if applicable)

MALE              10/10/58          47         (b) State of Birth    Jordan
Sex               Date of Birth      Age                                (Country, if other than U.S.)

(c) Are you a United States citizen? ☑ Yes ☐ No If "No," how long have you been a resident of the United States? __ Years __ Months
    Status of your visa (if applicable) __    ☐ Temporary    ☐ Permanent

(d) Social Security Number __

(e) Driver's License Number _____    __ State of Issue   US-IL      10/10/09

(f) Do you read and write English? ☑ Yes ☐ No    If No, primary language you read and write _____

2. Residence:    15620 Sunrise Lane
                 Number                        Street
                 Orland Park              IL                60462
                 City                      State                  Zip

(a) Business Address:   701 N. Kirk St.
                        Number                    Street
                        Batavia            IL              60510
                        City                State                Zip

(b) Email Address: mkhouri@sbcglobal.not  Mail correspondence to: ☐ Home ☐ Business

(c) Employer's or Business Name: Suncast         (d) Type of Business: manufacturing

---

**Business Owners Only**

(e) What is your percentage of ownership? _____    (f) How long have you been an owner? _____

(g) How long has the business existed? _____    (h) Number of employees in the business: _____

(i) How is the business organized?    ☐ Sole Proprietor    ☐ Partnership    ☐ C Corporation    ☐ S Corporation
                                       ☐ PA              ☐ PC           ☐ LLC            ☐ LLP

---

4. (a) Primary Occupation:  Quality Engineer        (b) Your exact duties and
   the percentage of time devoted to each duty including amount and type of travel, foreign and domestic:

   quality check _____ %
   no travel _____ %
   _____ %
   _____ %

(c) How many employees do you supervise?  0

(d) How long have you been employed in your present occupation? 8 months 17yrs

(e) How long have you been employed by your present employer? 8 months

(f) Are you actively at work at least 30 hours per week in the above occupation? ☑ Yes ☐ No  If "No," explain below:

(g) Do you have any other full or part-time jobs? ☐ Yes ☑ No  If "Yes," give duties, hours worked and travel required below.

(h) Do you plan to change jobs in the next six months? ☐ Yes ☑ No  If "Yes," give details below.

(i) Are you aware of any fact that could change your occupational status or financial stability? ☐ Yes ☑ No
    If "Yes," give details below.

4/14/06

TD12000.4 PP (0302)

5. **Base Policy and Optional Benefits Being Applied For:**
☒ Omni Advantage   ☐ Omni Select   ☐ Omni Essential
Monthly Benefit $ _3350_
Benefit Period (years) ☐ 2   ☐ 5   ☒ To Age 65 (N/A in B)
                ☐ To Age 70 (N/A in A, B)
Elimination Period (days) ☒ 60   ☐ 90   ☐ 180   ☐ 365
                ☐ 730 (365 & 730 N/A w/ 2 yr Benefit Period)

☐ **Additional Monthly Indemnity (AMI)**
Monthly Benefit $ _____
Benefit Period (years) ☐ 2   ☐ 5   ☐ To Age 65 (N/A in B)
                ☐ To Age 70 (N/A in A, B)
Elimination Period (days) ☐ 60   ☐ 90   ☐ 180   ☐ 365
                ☐ 730 (365 & 730 N/A w/ 2 yr Benefit Period)

☐ **Priority Plus Disability Income Insurance (N/A in A, B)**
Monthly Benefit $ _____
Benefit Period (years) ☐ 2   ☐ 5   ☐ To Age 65
Elimination Period (days) ☐ 60   ☐ 90   ☐ 180   ☐ 365
                ☐ 730 (365 & 730 N/A w/ 2 yr Benefit Period)

☐ Residual
Supplemental Monthly Benefit (S.M.B.) Monthly Amount $ _____
Elimination Period (days) ☐ 60   ☐ 90   ☐ 180
Social Insurance Substitute (S.I.S.) Monthly Amount $ _____

**Disability Income Optional Benefits**
☐ Social Insurance Offset Benefit
Monthly Benefit $ _____
Elimination Period (days) ☐ 60   ☐ 90   ☐ 180   ☐ 365
                ☐ 730 (365 & 730 N/A w/ 2 yr Benefit Period)
☐ Residual with Recovery Benefit (N/A in A, B) ☐ 24 mos. ☐ 36 mos.
☐ Residual without Recovery Benefit (N/A in A, B)
☐ Guaranteed Insurability Option (N/A in A, B)
        Option Amount $ _____
☐ Good Health Benefit/Refund of Premium
☐ Lifetime (N/A in 3A, 2A, A, B) ☐ 45
☐ Lifetime for AMI (N/A in 3A, 2A, A, B) ☐ 45
☐ Long-Term Care Guaranteed Purchase Option
☐ Your Occupation (N/A in 5AS, 4A, 3A, 2A, A, B) (N/A in Essential)
☐ Transitional Your Occupation (N/A in Essential)
        ☐ 5 yr (N/A in 3A, 2A, A, B)
        ☐ 10 yr (N/A in 4A, 3A, 2A, A, B)
        ☐ To Age 65 (N/A in 4A, 3A, 2A, A, B)
☒ Catastrophic Benefit      Monthly Amount $ _1000_
☒ 3% Simple Cost of Living Adjustment with Buy-up
☐ 1-7% Compound Cost of Living Adjustment with Buy-up
☐ Other _____
☐ Other _____
**Premiums** ☐ Level   ☐ Step Rate

☐ **Mortgage Comp**
**Fixed Term Disability Income Insurance**
Monthly Benefit $ _____
Duration of Policy (years) ☐ 10   ☐ 15   ☐ 20   ☐ 30
    **Note: Applicant's Age + Duration Must Not Exceed Age 65**
Elimination Period (days) ☐ 60   ☐ 90   ☐ 180
Mortgage or Loan Date _____
Mortgage or Loan Amount $ _____
% of Mortgage for which you are responsible _____ %
Name and Address of Mortgagor/Lending Institution:

_____
_____

☐ **Business Overhead Expense Insurance**
**(a)** Maximum Monthly Benefit for Covered Monthly Expense
    $ _____
Benefit Period (months) ☐ 12   ☐ 24
Elimination Period (days) ☐ 30   ☐ 60   ☐ 90
Optional Benefits ☐ Good Health Benefit/Refund of Premium
☐ Guaranteed Insurability Option Amt. $ _____

**(b)** For a business other than a personal service business, please
    describe the personal services that you provide to your business
    without which revenue would be substantially reduced.

_____
_____
_____
_____

**(c)** Excluding yourself,
    **(i)** How many are employed in the business? _____
    **(ii)** How many of these employees are members of your
        profession? _____
    **(iii)** How many of these employees are members of your
        immediate family? _____

**(d)** List your average monthly business overhead expenses during
    the past 6 months. If you share monthly business expenses
    with others, list only your share. Exclude salaries, fees,
    drawing accounts, profits or any other remuneration for:
    **(i)** you;
    **(ii)** any partners;
    **(iii)** any member of your profession or person performing
        duties similar to yours; or
    **(iv)** any members of your immediate family

Rent ................................................................. $ _____
Taxes (not income taxes) and mortgage
interest payments ........................................ $ _____
Other interest on business indebtedness ......... $ _____
Utilities
    Electricity ................................................. $ _____
    Telephone ................................................. $ _____
    Maintenance Services ............................... $ _____
    Property & Liability Insurance .................... $ _____
Depreciation of Business Equipment ............. $ _____
Employees' salaries (excluding items
in **(d)** above ................................................. $ _____
Other normal and customary fixed office
expenses (specify below) ............................. $ _____

_____
_____

Total (of **d** above) ....................................... $ _____

6.  **(a)** Mode of Premium Payment:
  - ☐ Annual   ☐ Semi-Annual
  - ☒ Check-O-Matic   ☐ Payroll Deduction
  **(b)** Will the entire premium for this policy be paid directly by your employer?   ☐ Yes   ☒ No
  **(c)** If "Yes" will any portion of this premium be treated as taxable income to you?   ☐ Yes   ☐ No

7.  **Amount paid with Application:** $ ~~353~~ *35692* ☐ ~~53692~~ or ☐ None
This amount ☐ is ☐ is not equal to at least one month's premium. No temporary insurance can take effect unless one month's premium is received.

8.  **Revocable Beneficiary**

| | | |
|---|---|---|
| *Nelly Khouri* | *WIFE* | *12/3/74* |
| Full Name | Relationship | Date of Birth |

9.  Do you have or have available to you through your employer, or are you applying for any other type of:
  **(a)** Individual, Association or Group disability income insurance coverage?   ☐ Yes   ☐ No
  **(b)** Formal employer sick pay or Union disability income coverage not included in (a)?   ☐ Yes   ☐ No
  **(c)** Business Overhead Expense or Buy/Sell Disability coverage?   ☐ Yes   ☐ No
  If "Yes" to question 9a, 9b or 9c, complete the following using the following codes for questions 9 and 10 to indicate "Type": G-Group; A-Association; E-Employer Sick Pay or Union; B-Business Overhead Expense; B/S Buy/Sell

### Disability Coverage In Force, Applied For or Available Through Your Employer

| Company or Source | Type | Total Monthly Benefit | Social Insurance Offset | Issue Month/ Year | Elimination Period Accident | Sickness | Benefit Period Accident | Sickness |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

10. Is coverage being applied for replacing or changing any existing insurance with MetLife or any other insurance company?
  ☐ Yes   ☒ No   If "Yes", complete the following:

### Disability Coverage to be Replaced or Changed

| Insurance Company Name And Address | Policy Number | Monthly Benefit | Type | Issue Month/Year | Termination Month/Year | Premium Mode |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

11. **Financial Information:**

| | Current Year (Annualized) | Last Year | Two Years Ago |
|---|---|---|---|
| **Employee/Salaried Earnings** | | | |
| (a) Base Salary (W-2 Income) | $ 5860K *MK* | $ 58k | $ 58k *MK* |
| (b) Commissions | $ _____ | $ _____ | $ _____ |
| (c) Bonus, Profit Sharing or Incentive Payments | $ 2000 | $ 1000 | $ 1000 |
| **Owner/Shareholder Earnings** | | | |
| (d) Sole Proprietor net business earnings/losses | $ _____ | $ _____ | $ _____ |
| (e) Partnership/S-Corporation net business earnings/losses | $ _____ | $ _____ | $ _____ |
| (f) Net share of corporate earnings/losses | $ _____ | $ _____ | $ _____ |
| **Total Earned Income (Sum of Lines a through f)** | $ _____ | $ _____ | $ _____ |
| **Other Income; Unearned Income** | | | |
| (g) Dividends and Interest | $ _____ | $ _____ | $ _____ |
| (h) Net rental income before depreciation | $ _____ | $ _____ | $ _____ |
| (i) Other (identify source) | $ _____ | $ _____ | $ _____ |

**Financial Information (cont.)**

**11. Financial Information (cont.)**

**Current Net Worth**

(j) Does your net worth exceed $3,000,000?   ❑ Yes  ❑ No
    (If "Yes" give details below. Amounts expressed to the nearest $100,000 are acceptable)

|  | Assets |
|---|---|
| Cash, Savings, Stock & Bonds ............................................. $ | 20K |
| Personal Property (such as jewelry, furnishings) ......................... $ | 30K |
| Personal Residence ....................................................... $ | 350K |
| Other Real Estate ........................................................ $ | |
| Business Interest(s) ..................................................... $ | |
| Other (specify source) _____ $ | |
| Less: Indebtedness                                      **Total** $ | 400K |

(k) Which tax forms are being submitted with this application?  ☑ 1040s and all schedules   ❑ W-2s   ❑ Other _____

(l) In the past five years have you or any business in which you held at least a 5% interest filed for bankruptcy?
    ❑ Yes  ☑ No   If "Yes", give details below, including date of discharge, status and type.

_____
_____

12. (a) Have you: had a driver's license suspended or revoked in the last 3 years; been convicted of 3 or more moving violations; been convicted of driving while impaired or intoxicated?   ❑ Yes  ☑ No   If "Yes", give details below.
    (b) Other than above, have you been convicted of any felony or misdemeanor, or do you have any charges pending?
        ❑ Yes  ☑ No   If "Yes", give details below.

_____
_____

13. Has any application for a policy of Life, Health or Disability Insurance on you ever been postponed, rated, modified, declined, rescinded or required an extra premium?   ❑ Yes  ❑ No   If "Yes", give details below.

_____
_____

14. (a) Are you required to hold a professional job license?   ☑ Yes  ❑ No
    (b) If "Yes", have you been subject to any disciplinary action, revocation, or suspension of your license, or do you have any charges currently pending against your license?   ❑ Yes  ☑ No   If "Yes", give details below.

_____
_____

15. Have you flown as a pilot, student pilot, or crew member in the last 2 years or do you intend to do so in the next 12 months?
    ❑ Yes  ☑ No   If "Yes", complete the Aviation Questionnaire.

16. Have you ever engaged in or do you plan to engage in: Automotive, Motorcycle (including off road use) or Power Boat Racing; Bobsledding; Snowboarding; Skiing; Underwater Cave Exploration; Water Skiing; White Water Rafting; Spelunking; Ballooning; Scuba Diving; Sky Diving; Bungee Jumping; Hang Gliding (including Slope Soaring, Parakiting, Ultralighting, etc.); Mountain Climbing; Parachuting; Snowmobile Racing; Slalom Racing; Rodeo Activities; Karate or Martial Arts?
    ❑ Yes  ☑ No   If "Yes", complete the Avocation Questionnaire.

# Part B. Statements By the Proposed Insured

1. **(a)** Height _5'10"_  **(b)** Weight _180_

2. How much time have you lost from work during the past 5 years because of accident or sickness? _2 days_

3. Date you last used tobacco in any form:  Date _____  Type _____  ☒ Never used tobacco

4. **(a)** Please provide the name, address and phone number of your personal/primary care physician(s) as well as the date and reason for your last consultation. If none, check here ☐

| Name, Address and Phone Number | Date | Reasons for Consultation: Nature, Severity and Frequency of Symptoms; Diagnosis, Treatment and Current Status of Condition |
|---|---|---|
| Dr. al-khled  708 346. 5562  4400 w. 95  oaklawn, IL  60453 | 2/2006  med. | check-up  FEB- clean bill of health  goes for 6 month checkup  to make sure cholesterol  dosage is still right. |
|  |  |  |

**(b)** In addition, in the past 5 years has any Chiropractor, Counselor, Health Facility, Physician, Practitioner, Psychiatrist, Psychologist, Social Worker, or Therapist examined or treated you?  ☐ Yes  ☒ No

Give details below for each instance:

**(Use Supplementary Information Page, pg. 7 if more space is needed)**

| Name, Address and Phone Number of each Chiropractor, Counselor, Health Facility, Physician, Practitioner, Psychiatrist, Psychologist, Social Worker or Therapist | Date | Reasons for Consultation: Nature, Severity and Frequency of Symptoms; Diagnosis, Treatment and Current Status of Condition |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**5. Have you EVER** received treatment, attention or advice for; been told that you had; or had any known indication of:

Yes   No

(a) Any disease or disorder of the heart; arteries or veins; chest pains; elevated (high) blood pressure (hypertension)?  ☐ ☒

(b) Arthritis; any disease, disorder or deformity of the bones, muscles, tendons, or joints, including the spine; any neck or back problems or disorders; carpal tunnel syndrome?  ☐ ☒

(c) Any mental, nervous or emotional problem, condition or disorder, including anxiety, depression or stress?  ☐ ☒

(d) Stroke, embolism, thrombosis?  ☐ ☒

(e) Cancer, tumor or polyp?  ☐ ☒

(f) Diabetes or high blood sugar?  ☐ ☒

(g) Any disease or disorder of the lungs or respiratory system, including asthma, allergy, emphysema, or Chronic Obstructive Pulmonary Disease?  ☐ ☒

(h) Any disease or disorder of the liver, gall bladder, pancreas, digestive tract, including intestines; ulcer, colitis, hemorrhoids, or hernia?  ☐ ☒

(i) Memory loss, loss of concentration, fatigue, neurologic disorder, unconsciousness, loss of cognition, dizziness, paralysis or numbness, impairment of nervous system, epilepsy, or seizures?  ☐ ☒

(j) Any disease or disorder of the urinary tract or kidney; sugar, albumin or blood in urine?  ☐ ☒

(k) Any physical deformity or physical impairment?  ☐ ☒

(l) Any disease or disorder of glands; anemia, leukemia or other brood disorders?  ☐ ☒

(m) Any disease or disorder of the prostate or testes; uterus, ovaries or breasts?  ☐ ☒

(n) Any disease or disorder or impairment of the eyes, ears, mouth, nose or throat; any loss of vision or hearing?  ☐ ☒

(o) Endocrine disorders or goiter or disease or disorder of the thyroid gland?  ☐ ☒

(p) Any sexually transmitted disease, Positive HIV test; Acquired Immune Deficiency Syndrome or other immune deficiency?  ☐ ☒

Yes   No

(q) Adult Attention Deficit Disorder, Adult Attention Deficit Hyperactivity Disorder, Alzheimer's Disease, Chronic Fatigue Syndrome, Epstein-Barr Virus, Fibromyalgia, Lyme Disease, Myalgia or Encephalitis?  ☐ ☒

**6. Have you EVER:**

(a) Been advised to have any medical test or surgical operation that was not performed, or had any medical test or surgical operation performed, or gone to a hospital, doctor's office, clinic, dispensary or sanatorium for observation, examination or treatment; and this information has not been revealed by previous questions?  ☐ Yes ☒ No

(b) Been advised to modify or restrict eating, drinking or living habits because of any health conditions?  ☐ Yes ☒ No

(c) Had persistent cough, pneumonia, chest discomfort, muscle weakness, unexplained weight loss of 10 pounds or more, swollen glands, patches in the mouth, visual disturbance, recurring diarrhea, fever or infection?  ☐ Yes ☒ No

**7.**

(a) Are you currently disabled, or do you expect to be disabled?  ☐ Yes ☒ No

(b) Have you received or applied for disability, workers' compensation, or military disability benefits from any source in the past 5 years?  ☐ Yes ☒ No

(c) Are you pregnant?  ☐ Yes ☒ No
If "Yes," expected delivery date? _____

(d) Within the last five years, have you taken any prescription medications, over the counter herbal medications, or been advised by a physician to take any medications, or are you now taking any prescription medications or over the counter herbal medications?
If "Yes," give name, dosage, dates and reason below.

**8. Have you EVER** used heroin, cocaine, marijuana, barbiturates or other drugs, except as prescribed by a physician or other practitioner; abused alcohol or drugs; or received treatment or advice regarding the use of alcohol or drugs from a physician, other practitioner, or organization which assists those who have an alcohol or drug problem?  ☐ Yes ☐ No

**9. For any "Yes" answer to Questions 5 through 8, give details: (Use Supplementary Information Page, pg. 7 if more space is needed)**

| Item No. | Name, Address and Phone Number of each Chiropractor, Counselor, Health Facility, Physician, Practitioner, Psychiatrist, Psychologist, Social Worker or Therapist | Dates | Reason for Consultation; Nature, Severity, and Frequency of Symptoms; Diagnosis, Treatment & Current Status of Condition |
|---|---|---|---|
| | Crestor - cholesterol | 3 months ago from last appt. | checkup/monthly on meds since August 2005 |

# Supplementary Information Page for Applicant

Provide additional application information on this page. **This information will be included in the Policy.**

# Agreement

I have read this application and any supplemental applications or amendments, and to the best of my knowledge and belief, I agree that: (a) All statements and answers are true and complete; and (b) All of the information is correctly recorded in the application; and (c) Such written statements may be relied on by MetLife in order to determine if I qualify for issue of a policy.

I understand that the application seeks full disclosure of the information sought; and that no one has the right to alter or exclude or to direct me to alter or exclude any information from the application.

I understand that this application, any paramedical application, and any supplemental applications or amendments will become a part of any policies issued as a result of this application.

Except as set forth in the Temporary Insurance Agreement, the policy will not be in effect and MetLife will have no liability until: (a) a policy is delivered in person to me and is accepted by me; and (b) the full first premium due is paid. The policy will then be in effect as of its date of issue if at the time it is delivered:

> (a) the condition of my health, the amount of my income, and the status of my employment or occupation are the same as given in the application; and (b) I, the proposed insured, have not received any medical advice or treatment from a physician or other medical practitioner since the date of this application.

If there are any exceptions to (a) or (b), the policy will not be in effect and I will immediately give MetLife details in writing.

I understand that MetLife will rely on the fact that coverage under any policies listed in Part A, Question 10 on page 3 will end on the Effective Date of Termination shown. If such coverage does not end at that time, any policy issued as a result of this application will be void from the beginning; all premiums will be returned; and no benefits will be payable. MetLife has the right to contact any listed insurer after the Effective Date of Termination to confirm that coverage has ended.

**Any person who knowingly, and with intent to defraud an insurance company or other person, submits an application for insurance or files a claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a crime.**

| Witness (Licensed Resident Agent) | Place | Mo. | Day | Yr. | Signature of Proposed Insured |
|---|---|---|---|---|---|
| X Kim Suchocki | Orland Park Il | 4 | 12 | 06 | X (X) marwan Kh— |

# Personal History Interview

As part of your application process, MetLife, or someone it designates, will telephone you to verify information in this application, including your occupation, medical history and income. This phone call will take between 15 and 20 minutes to complete. Please indicate below, the best way to reach you.

| | Home: | | Evening | | | | | Work: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M-F | | | | AM/PM | ( ) | | | | AM/PM | ( ) | |
| Day of Week | Date | Time | | | Phone | | Day of Week | Date | Time | | Phone |

| | Other: | | | | | |
|---|---|---|---|---|---|---|
| | | | | AM/PM | ( ) | |
| Day of Week | Date | Time | | | Phone | |

## CHECK-O-MATIC (C-O-M)

I understand that paying my insurance premiums monthly may result in a higher yearly out-of-pocket cost than a less frequent premium mode.

**Be sure to enclose a voided blank check for the account you wish to use and sign this authorization.**

I authorize: (1) MetLife to initiate monthly deductions from my checking account, by electronic or other means, as payment for the coverage level selected; and (2) the financial institution on which my enclosed sample check (marked VOID) is drawn, to: (a) accept the deductions initiated by MetLife; and (b) give MetLife my most recent address upon MetLife's request. Withdrawals will continue until MetLife has had a reasonable opportunity to act upon my written request to end this service. I authorize deductions to be taken on the effective date of the policy and on the ___15___ day of the month, or the next business day. If no day is selected, deductions will be taken on the first business day of the month.

| X marwan Khan— | 4 12 06 |
|---|---|
| Signature of Account Holder for Monthly Automatic Deductions | Date |

If your check is drawn on a credit union, indicate credit union phone number: ( )_____

## PART II: Paramedical/Medical Exam

Case/Policy No.: _____

- ☐ Metropolitan Life Insurance Company
- ☐ MetLife Investors Insurance Company
- ☐ New England Life Insurance Company
- ☐ Texas Life Insurance Company

- ☐ Metropolitan Tower Life Insurance Company
- ☐ Metropolitan Insurance and Annuity Company
- ☐ MetLife Investors USA Insurance Company
- ☐ General American Life Insurance Company

The Company indicated above is referred to as "the Company".
For Texas Life: If medical examination is not required; questions are to be completed by Agent.

The spaces below are for answers of person to be examined only. Nothing but the answers of such person should be recorded.

**1.** Name of Proposed Insured: (Last, First, Middle)
KHOURI MARWAN I

Date of Birth: (Mo./Day/Year)
10.16.1958

**2.** Tobacco Use - Indicate date last smoked/used:

| | | | |
|---|---|---|---|
| __/__/__ ☒Never | __/__/__ ☒Never | __/__/__ ☐Never | __/__/__ ☐Never |
| Cigarette | Smokeless Tobacco | Cigar/Pipe | Patch/Gum |

Amount/Frequency: | Tobacco Never Used: ☒Yes ☐No

**3.** Who is the doctor, practitioner, or health care facility who can give us the most complete and up to date information concerning your present health? If "None", check ☐. Dr Abbasi

Name, full address, and phone number: 17850 S. Kedzi Hazelcrest IL 60429
15620 Sunrise Ln.

When was this doctor last consulted? Feb 2006 | Why? Check Up

What treatment was given or medication prescribed? If "None", check ☒

Reasons, findings, earlier consultations past 5 years? High Cholesterol.

**4.** a) Height 5 ft. 10 in. b) Weight 160 lbs. c) Change in weight in past 12 months (give reason) No.
Pounds lost _____ Pounds gained _____ Reason _____

**5.** Have you EVER received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that you had:

Details: List question number. Give: details; dates; duration; diagnosis; treatment; and doctors' names and addresses.

| | Yes | No |
|---|---|---|
| a) High blood pressure; chest pain, heart attack; or any other disease or disorder of the heart or circulatory system? | ☐ Yes | ☒ No |
| b) Asthma; bronchitis; emphysema; sleep apnea; shortness of breath; or any other disease or disorder of the lungs or respiratory system? | ☐ Yes | ☒ No |
| c) Seizures; stroke; paralysis; Alzheimer's disease; multiple sclerosis; Lou Gehrig's disease (ALS); memory loss; Parkinson's disease; progressive neurological disorder; headaches; dizziness; or any other disease or disorder of the brain or nervous system? | ☐ Yes | ☒ No |
| d) Ulcers; colitis; hepatitis; cirrhosis; or any other disease or disorder of: the liver, gallbladder; stomach; or intestines? | ☐ Yes | ☒ No |
| e) Any disease or disorder of: the kidney; bladder; prostate; reproductive organs; or breasts; sexually transmitted disease; sugar; albumin; blood or pus in the urine? | ☐ Yes | ☒ No |
| f) Diabetes; thyroid disorder; or any other endocrine disorder? | ☐ Yes | ☒ No |
| g) Arthritis; gout; or disorder of the muscles, bones, or joints? | ☐ Yes | ☒ No |
| h) Cancer; tumor; polyp; or cyst? Any disease or disorder of the skin? | ☐ Yes | ☒ No |

2005
3. High Cholestrol diagnosed by Dr. T. Abbasi 6 month ago taking Crestor 20mg 1 a day

Details (Continued):

6 CRESTOR wtry
reading.

| | | | |
|---|---|---|---|
| i) | Anemia; leukemia; or any other disorder of the blood or lymph glands? | ☐ Yes | ☒ No |
| j) | Depression; stress; anxiety; or any other psychological or emotional disorder or symptoms? | ☐ Yes | ☒ No |
| k) | Any disease or disorder of the eyes, ears, nose, or throat? | ☐ Yes | ☒ No |

6. Are you now, or within the last six months, under observation or taking medication or treatment? (Including over the counter medications, vitamins, herbal supplements, etc.)  ☒ Yes  ☐ No

7. Do you have any doctor's visits, medical care, or surgery scheduled?  ☐ Yes  ☒ No

8. Other than the above, during the past five years have you had any:
   a) Checkup; electrocardiogram; chest x-ray; or medical test?  ☐ Yes  ☒ No
   b) Illness; injury; or health condition not revealed above; or have been recommended to have any: treatment; hospitalization; surgery; medical test; or medication?  ☐ Yes  ☒ No

9. Have you:
   a) ever been diagnosed or treated by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS) or AIDS related Complex (ARC)?  ☐ Yes  ☒ No
   b) ever tested positive for the AIDS (HIV) virus or for antibodies to the AIDS (HIV) virus?  ☐ Yes  ☒ No

10. a) Have you ever used heroin, cocaine, barbiturates, or other drugs, except as prescribed by a physician or other licensed practitioner?  ☐ Yes  ☒ No
    b) Have you ever received treatment from a physician or counselor regarding the use of alcohol, or the use of drugs except for medicinal purposes; or received treatment or advice from an organization that assists those who have an alcohol or drug problem?  ☐ Yes  ☒ No

11. Do you exercise?  ☒ Yes  ☐ No  Type  Jogging    How often?  Twice a day

12. Are you now pregnant?  ☐ Yes  ☒ N/A  If "Yes", estimated date of delivery?_____

13. Has a parent or sibling of any person to be insured ever had: heart disease; coronary artery disease; high blood pressure; cancer; diabetes; or mental illness? (If Yes, indicate below.)  ☐ Yes  ☒ No

| Relationship to Proposed Insured: | Age(s) if Living | Age(s) at Death | State of Health (Specific Conditions) or Cause of Death Attach additional sheet(s) if necessary. |
|---|---|---|---|
| Father | | 70 | old age |
| Mother | | 65 | old age |
| 33 45 | B 50 S 32 36 38 | | |

14. a) Do you currently use any mechanical equipment such as a walker, wheelchair, long leg braces or crutches?  ☐ Yes  ☒ No
    b) Do you need any assistance or supervision with the following activities: bathing, dressing, walking, moving in/out of a chair or bed, toileting, continence or taking medication?  ☐ Yes  ☒ No

I have read the answers to questions 2-14 before signing. They have been correctly written, as given by me, and are true and complete to the best of my knowledge and belief. There are no exceptions to any such answers other than as written.

| Witness to Signature | City and State | Mo./Day/Year | Signature of Proposed Insured (Parent or Guardian if under 18) |
|---|---|---|---|
| Sha Bowled | ORLAND PARK | 04.18.06 | Marwan U. |

## Report of Paramedical/Medical Examiner

- **Complete Sections I and III for Paramedical Exam**
- **Complete Sections I, II and III for Physician's Exam**

### Section I

1. (a) Date of birth _10/15/59_  (b) Sex: M ☒ F ☐  (c) If female, was proposed insured menstruating on date of this examination? Yes ☐ No ☐

2.
| Height (in shoes) | Weight (clothed) | Chest (full inspiration) Males   in. | Chest (forced expiration) Males   in. | Abdomen (at umbilicus) Males   in. |
|---|---|---|---|---|
| ft _5_ in. _10_ | _155_ lbs. | _47_ | _40_ | _39_ |

Did you measure? Yes ☒ No ☐      Did you weigh? Yes ☒ No ☐

3. Blood Pressure (Record ALL readings – at least two):

| | Sitting Systolic/Diastolic – 5th phase | If systolic over 140 or diastolic over 90, repeat later in exam |
|---|---|---|
| | 1201 80   120/80 | 1 | 1 |

4. Pulse At Rest: Rate (per min.) _72_ Irregularities (per min.) _____
5. Is appearance unhealthy or older than stated age? Yes ☐ No ☒
6. Urinalysis: Protein: Positive ☐ Negative ☐   Sugar: Positive ☐ Negative ☐
   Is blood also being sent to lab? Yes ☒ No ☐   ECG done? Yes ☐ No ☐

Urinalysis    0067853954

### Section II

Details for answers to questions 7–11.

7. Heart: Is there any:
   a) Enlargement?   Yes ☐ No ☐     c) Dyspnea?   Yes ☐ No ☐
   b) Murmur(s)?   Yes ☐ No ☐     d) Edema?   Yes ☐ No ☐
   (If Yes, complete below)

DL# K600 54958 272-1L
S.S# 360.64.2515

|  | Murmur 1 | Murmur 2 |
|---|---|---|
| Location (Apical, Aortic, Pulmonic, Parasternal) | | |
| Timing (Systolic, Presystolic, Diastolic) | | |
| Quality (Coarse, Blowing, Rumbling, Musical) | | |
| Loudness (Grade 1–6) | | |
| Constant (Yes or No) | | |
| Transmitted (Yes or No) | | |
| After Exercise (Increased, Absent, Unchanged, Decreased) | | |

Indicate:
   Apex by:   X
   Murmur area by:   □
   Point of greatest intensity by:   O
   Transmission by:

8. Is there on examination any abnormality of the following?   ☐ Yes ☐ No
   a) Eyes, ears, nose, mouth pharynx? (If vision or hearing markedly impaired, indicate degree and correction.)   ☐ Yes ☐ No
   b) Skin (include scars); lymph nodes; varicose veins or peripheral arteries?   ☐ Yes ☐ No
   c) Nervous system (include reflexes, gait, and paralysis)?   ☐ Yes ☐ No
   d) Respiratory system?   ☐ Yes ☐ No
   e) Abdomen (describe scars, liver enlargement)?   ☐ Yes ☐ No
   f) Genitourinary system?   ☐ Yes ☐ No
   g) Endocrine system (include thyroid)?   ☐ Yes ☐ No
   h) Musculoskeletal system (include spine, joints, amputations, and deformities)?   ☐ Yes ☐ No
9. Are there any hernias?   ☐ Yes ☐ No
10. Are you aware of additional medical history?   ☐ Yes ☐ No
11. Are you the personal physician of the applicant?
12. Please provide your overall clinical impression of proposed insured: _MARWAN ISHOURI_ 04.18.0_  Date/Time of exam 8.4C

### Section III   Name of person examined _MARWAN ISHOURI_

Place of exam: ☐ Examiner's office   ☒ Proposed Insured's Residence   ☐ Proposed Insured's Business
City/State _ORLAND PARK IL_
Agent/Broker _KIM CUCHECKI_         Branch/District or Agency Name ____   Tax ID # ____
Signature of Paramedical/Medical Examiner _Shahid Ali_
Printed Name _MIRZA Son BAIG_      Address ____



EMSI
3317 W. 95TH STREET
STE. 4 (LOWER LEVEL)
EVERGREEN PARK, IL 60805

**Metropolitan Life Insurance Company**

ame of Insured

HOURI, MARWAN I

gency
1L
ales Office
HE MIDSTATES G IL

Application Number
706007715
Date of this form
04/15/2006
Policy Number
6478735 AH

MAY 0 4 2006

# MetLife®

o: Metropolitan Life Insurance Company            **Application Amendment**            Metropolitan Life Insurance Company
New York. New York. 10010

amend the application referred to above. as follows

**Do Not Alter or Amend This Form**

Part A, Question #5 - basic residual has been added as an optional benefit.

The answer to questions #9(a)(b)(c) on page 3 are all no.
The answer to question #11(j) on page 4 is no.
The answer to question #13 on page 4 is no.
The answer to question #8 on page 6 is no.

Amendment Desk

**his application amendment** is part of the application referred to above and is subject to the agreements in that application. The pplication and this amendment are part of the policy/contract to which they are attached.

o the best of my knowledge and belief. the statements and answers in the application as amended by this form are true and omplete as of the date this form is signed. There are no facts or circumstances which would require a change in the answers in the pplication, except as shown above.

Signature of Insured          Date          Signature of Witness          Date

It is important that this signed document be returned to the IDI office within 30 days of receipt.  Send to:

**MetLife – Disability Income Unit**
**PO Box 30591**
**Tampa Fl 33630-3591**
**Attention: A/R Control**
**Fax: 813-673-3808**

DEABEO

0843-82-A (0694)

# EXHIBIT

# B

# MetLife®

Metropolitan Life Insurance Company
One Madison Avenue, New York, New York 10010-3690

Metropolitan Life Insurance Company ("MetLife"), a stock company, will pay the benefits of this policy according to its provisions.

## Disability Income Insurance Policy

* **Noncancelable and Guaranteed Renewable to Age 65. No Change in Premium Rates.** This means that, as long as You pay the Premium on time, We cannot change Your policy, or its Premium rate as shown on page 3, until the first Premium Due Date on or after Your 65th birthday.

* **Renewal Privilege After Age 65 With Limited Benefit Period. Premium Rates are Subject to Change.** If You are Gainfully Employed for at least 30 hours per week as of the first Premium Due Date on or after Your 65th birthday, You may continue coverage under this policy, exclusive of any riders providing additional benefits, for as long as You remain so employed. This privilege is explained on page 9.

* The Schedule of Benefits provided by this policy is shown on page 3.

We have issued this policy to You in consideration of the payment of the Premium and the statements made in Your Application. Your Application is part of Your policy.

_Gwenn L. Carr_
Gwenn L. Carr
Vice-President and Secretary

_Robert H. Benmosche_
Robert H. Benmosche
Chairman of the Board,
President and Chief Executive Officer

**10-Day Right to Examine Policy.** Please read this policy. It is a legal contract between You and Us. You may return the policy to Us or to the representative through whom You bought it within 10 days from the date You receive it. If You return it within the 10-day period, the policy will be considered never to have been issued. We will refund any Premium paid.

See Table of Contents on page 4.

Countersigned and delivered on _____ By _____

AH 20/01
IDI2000-P/NC-GA

1

DCADN9

# Metropolitan Life Insurance Company

## Policy Schedule

| | |
|---|---|
| Effective Date: **APRIL 15, 2006** | Policy Number: **6478735 AH** |
| Insured: **MARWAN I KHOURI** | Issue Age and Sex: **47    MALE** |

Monthly Benefit for Total Disability: $3,350    Elimination Period  60 days
Regular Occupation Period:    To Age 65
Accumulation Period:        120 days    Maximum Benefit Period:    To Age 65
                        (See Table A in This Schedule)

| Benefit Provisions | | Annual Premium |
|---|---|---|
| Monthly Benefit for Total Disability | | $3,196.57 |
| Residual Disability | IDI2000-PR/RDIS | $799.31 |
| Cost of Living Adjustment – 3% | IDI2000-PR/G3SC | $236.18 |
| Presumptive Disability | IDI2000-PE/PDIS | $0.00 |
| Catastrophic Disability Benefit | IDI2000-PR/CATDIS | $64.10 |

Catastrophic Disability Benefit    IDI2000-PR/CATDIS
Elimination Period        60 Days
Monthly Benefit Amount    $1,000

IDI2000-P/NC        6A  Nonsmoker    3        OMNI ADVANTAGE

DHAANN

# Metropoli 1 Life Insurance Company

## Policy Schedule

| | |
|---|---|
| Effective Date: **APRIL 15, 2006** | Policy Number: **6478735 AH** |
| Insured: **MARWAN I KHOURI** | Issue Age and Sex: **47    MALE** |

| | |
|---|---|
| Policy Fee | $60.00 |
| Financial Documentation Adjustment | ($237.15) |
| Total Annual Premium | $4,119.01 |
| Total Premium For Initial Term | $355.47 |

MONTHLY CHECK-O-MATIC

Table A     Maximum Benefit Period Varies By Age When Disability Begins

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Before age 61 | To Age 65 |
| At age 61, before age 62 | 48 Months |
| At age 62, before age 63 | 42 Months |
| At age 63, before age 64 | 36 Months |
| At age 64, before age 65 | 30 Months |
| At age 65, before age 75 | 24 Months |
| At or after age 75 | 12 Months |

See Renewal Provision for Ages 65 and Greater
See Policy Wording for Benefits Payable Under Any Riders

IDI2000-P/NC          6A  Nonsmoker     3                    OMNI ADVANTAGE

DHAASA

# Table of Contents

Renewability.................................................................................. 1
Schedule of Benefits...................................................................... 3
Understanding this Policy............................................................... 5
Definitions...................................................................................... 5
Benefits.......................................................................................... 7
    Monthly Benefit for Total Disability......................................... 7
    Waiver of Premiums............................................................... 7
    Disability Because of Transplant Surgery............................... 8
    Rehabilitation......................................................................... 8
Recurrent and Concurrent Disability............................................... 8
Renewal Privilege if Employed After Age 65.................................. 9
    Renewal Privilege.................................................................. 9
    Total Disability Benefit With Limited Benefit Period 9
    Premiums............................................................................... 9
Exclusions...................................................................................... 9
    General Exclusions................................................................ 9
    Preexisting Conditions Exclusion........................................... 9
Premium and Reinstatement........................................................... 9
    Premium Payment.................................................................. 9
    Grace Period.......................................................................... 10
    Reinstatement........................................................................ 10
    Suspension During Military Service........................................ 10
    Suspension During Unemployment......................................... 10
Claims............................................................................................ 11
    Time of Loss........................................................................... 11
    Notice of Claim....................................................................... 11
    Claim Forms........................................................................... 11
    Proof of Loss.......................................................................... 11
    Authorizations......................................................................... 11
    Examinations.......................................................................... 12
    Time of Payment of Claim...................................................... 12
    Payment of Claims................................................................. 12
    Beneficiary.............................................................................. 12
    How to Change the Beneficiary............................................... 12
    Assignment............................................................................. 12
General Provisions......................................................................... 12
    The Contract........................................................................... 12
    Limitation on Agent's or Broker's or Other Person's Authority 12
    Time Limit on Certain Defenses.............................................. 13
    Misstatement of Age and Sex................................................. 13
    Legal Actions.......................................................................... 13
    Conformity with State Statutes............................................... 13
    Waiver of Policy Provisions.................................................... 13
     13

Riders providing additional benefits, special endorsements or exclusion riders, if any, follow page 13.

IDI2000-P/NC

DCADIK

## Understanding This Policy

To make this policy clear and easy to read, We have left out many cross-references and conditional statements. Therefore, the provisions of the policy must be read as a whole. For example, the Exclusions on page 9 apply to all benefit provisions of this policy.

A policy term and a policy anniversary are measured from the Effective Date of the policy. For example, if the Effective Date is May 5, 2001, the first policy anniversary is May 5, 2002. If the policy term is 6 months, the first term ends November 4, 2001.

Read this policy to find out how to exercise Your rights. Instructions for submitting a claim can be found on page 11. If You want to change an address, or request any administrative action by Us, You should do so on the forms prepared for each purpose. You can get these forms from Your licensed insurance representative or one of Our local offices.

When You Write to Us, please give Us Your name, address and policy number. Please notify Us promptly of any changes. We will Write to You at Your last known address.

Checks, drafts or money orders may be drawn on a U.S. bank to the order of Metropolitan Life (or "MetLife"). They are received subject to the condition that they may be handled for collection in accordance with the practice of the collecting bank or banks. If We do not receive the full amount of any check, draft or money order, it will not constitute payment. All payments are to be made in U.S. currency.

## Definitions

**Accumulation Period** means the number of consecutive days during which the Elimination Period must be satisfied. The Accumulation Period is shown on page 3, and begins on the first day that You are Disabled.

**Age 65** means the first Premium Due Date that occurs on or after Your 65th birthday.

**Age 70** means the first Premium Due Date that occurs on or after Your 70th birthday.

**Application** means the Written application(s) for this policy, including any amendments thereto, and any application(s) for a policy change or reinstatement.

**Complications of Pregnancy** means:

1. Diseases of the mother which are not caused by pregnancy but which coexist with and are adversely affected by pregnancy, such as heart, kidney, lung and other similar diseases;

2. Maternal conditions caused by the pregnancy which make its treatment more difficult, such as placenta praevia, ectopic pregnancy, hemorrhage following delivery, or similar severe conditions; or

3. A cesarean section or a miscarriage.

This term does not include Physician-prescribed rest, false labor, morning sickness, occasional spotting, or other minor conditions associated with normal pregnancy.

**Disability** or **Disabled** means Total Disability that starts while Your policy is in force.

**Effective Date** means the date that the policy, or a rider, takes effect.

**Elimination Period** means the number of days of Disability which must elapse before benefits become payable for that Disability. These need not be consecutive days of Disability, but must occur within the Accumulation Period for the same or a related cause. No benefits are payable for the Elimination Period. Elimination periods are shown on page 3.

**Gainfully Employed** means actively engaged in an occupation for remuneration or profit.

**Impairment** means a loss of use or function that can be evaluated by medical means.

## Definitions (Continued)

ccidental bodily injury that occurs on or after the Effective Date of the policy and while Your policy is in

**.imum Benefit Period** means the longest period of time for which We will pay benefits for any one period of Disability.  Maximum Benefit Periods are shown on page 3.

**Physician** means a person who is:

    1.    Legally licensed to practice medicine or psychology; or

    2.    A duly licensed practitioner or therapist operating within the scope of his or her license.

A Physician can not be:

    1.    You or anyone to whom You are related by blood or marriage;

    2.    Anyone with whom You share a business interest; or

    3.    Your employee.

**Preexisting Condition** means a Sickness or Injury for which, in the 5 years prior to the Effective Date:

    1.    Medical advice or treatment or care was contemplated, or was recommended by or received from a Physician; or

    2.    Symptoms existed that would cause an ordinarily prudent person to seek diagnosis, care or treatment.

**Premium** is shown on page 3 and is the amount required to keep Your policy in force.

**Premium Due Date** means the first day of each policy term.

**Regular Occupation** means Your usual occupation (or occupations, if more than one) in which You are Gainfully Employed at the time You become Disabled.  If You are not Gainfully Employed at the time Your Total Disability begins, Regular Occupation shall then mean any occupation(s) for which You are reasonably fitted by Your education, training or experience.

**Regular Occupation Period** means the period of time as shown on page 3 which starts on the first day following the Elimination Period.

**Sickness** means sickness or disease that first manifests itself on or after the Effective Date of the policy and while Your policy is in force.

**Signed** means any symbol or method executed or adopted by a person with the present intention to authenticate a record.  The signature may be transmitted by paper or electronic media, provided it is consistent with applicable law.

## Definitions (Continued)

**Total Disability** or **Totally Disabled** means that due solely to Impairment caused by Injury or Sickness, You are:

1. Before the end of the Regular Occupation Period shown on page 3:

    a. Prevented from performing the material and substantial duties of Your Regular Occupation;

    b. Not Gainfully Employed; and

    c. Receiving appropriate care from a Physician who is appropriate to treat the condition causing the Impairment.

2. After the Regular Occupation Period shown on page 3:

    a. Prevented from performing any occupation for which You are or become reasonably fitted by Your education, training or experience;

    b. . Not Gainfully Employed; and

    c. Receiving appropriate care from a Physician who is appropriate to treat the condition causing the Impairment.

We may waive the requirement of care from a Physician if Your Physician provides documentation acceptable to Us that continued care would be of no benefit to You.

**We, Us** and **Our** mean Metropolitan Life Insurance Company.

**Write, Written** or **Writing** means a record that may be transmitted by paper or electronic media, and that is consistent with applicable law.

**You** and **Your** mean the insured named on page 3.

## Benefits

**Monthly Benefit for Total Disability**

We will pay the Monthly Benefit for Total Disability shown on page 3 while You are Totally Disabled. This benefit will start to accrue after the Elimination Period. We will pay the benefit while You remain Totally Disabled, but not beyond the Maximum Benefit Period. For periods of less than a month, benefits will be prorated based on a 30-day month.

If You die during a continuous period of Disability after benefits were paid for 12 months or more, an additional benefit, equal to the amount of the benefit payable for the last month of Disability, will be paid to Your beneficiary for each of the first 3 months after Your death.

**Waiver of Premiums**

After the earlier of the date:

1. You have been Disabled for a period of 90 consecutive days; or

2. You satisfy the Elimination Period,

We will waive any Premium that becomes due while You remain Disabled. Your policy and its benefits will continue as if the Premium had been paid.

We will also refund to You any Premium that You paid that became due during the first 90 consecutive days of Disability, or the period during which the Elimination Period was satisfied.

## Benefits (Continued)

The Premium waived will be based on the frequency of payment in effect on the date Your Disability starts.

If Premiums are being waived, and benefits have been payable for 12 months or more, any Premiums due during the first 90 days after that period of Disability ends will be waived. This additional 90-day waiver of Premium will apply only once during a period of Disability, including Recurrent Disabilities. Thereafter, any Premiums due will be payable. If You do not pay the first Premium due by the end of its grace period, Your policy will end.

Waiver of Premium ends when You are no longer Disabled. When You are no longer eligible for waiver of Premium, You can continue Your policy by paying the next Premium that becomes due.

**Disability Because of Transplant Surgery**

If You are Disabled because You have had surgery, at least 6 months after the Effective Date, to transplant part of Your body to someone else, We will consider You Disabled due to Sickness.

**Rehabilitation**

While You are receiving monthly benefits for Disability, We will consider participating in the cost of an occupational rehabilitation program aimed at helping You to return to Gainful Employment. Such program may include, but is not limited to, an accredited program of professional retraining or recertification. The program may be at Your request or We may suggest it. We will continue to pay benefits to You based on terms that We agree on with You.

In no case will We continue benefits beyond the Maximum Benefit Period.

## Recurrent and Concurrent Disability

**Recurrent Disability**

If, after the end of a period of Disability for which Disability benefits have been paid, You become Disabled again, the later period of Disability will be deemed a Recurrent Disability, which is a continuation of the preceding period of Disability, unless:

1. You have been Gainfully Employed for at least 30 hours per week for at least 12 months following the end of the preceding period of Disability, if the Maximum Benefit Period for the Monthly Benefit for Total Disability is To Age 65 or longer; or

2. You have been Gainfully Employed for at least 30 hours per week for at least 6 months following the end of the preceding period of Disability, if the Maximum Benefit Period for the Monthly Benefit for Total Disability is shorter than To Age 65; or

3. The later period of Disability is due to a different or unrelated cause.

If either 1, 2 or 3 applies, the later period of Disability will be deemed a new period of Disability. A new Elimination Period must be satisfied before benefits start again, and a new Maximum Benefit Period will apply.

If the later period of Disability is deemed a Recurrent Disability, then it is not necessary for You to satisfy a new Elimination Period. However, Disability benefits paid for a Recurrent Disability are considered a continuation of the preceding period of Disability and will be subject to the Maximum Benefit Period that started with the preceding period of Disability. If the Maximum Benefit Period had ended with respect to the preceding period of Disability, no benefits will be payable for a recurrence of that Disability.

**Concurrent Disability**

If a Disability is caused by more than one Injury or Sickness, whether related or unrelated, which overlap for any time during a continuous period of Disability, We will pay benefits as if the Disability were caused by one Injury or Sickness.

## Renewal Privilege if Employed After Age 65--
## Total Disability Benefit With Limited Benefit Period

**Renewal Privilege**

Following the first Premium Due Date on or after Your 65th birthday, You may continue the coverage under this policy, exclusive of any riders providing additional benefits, as long as:

1. You remain Gainfully Employed for at least 30 hours per week; and

2. The Premium is paid on time.

You may exercise this privilege only while Your policy is in force and You are not Disabled.

We may require proof on each policy anniversary that You have continued to be Gainfully Employed for at least 30 hours per week during the 13 weeks immediately prior to that policy anniversary.

**Total Disability Benefit With Limited Benefit Period**

If You continue coverage under this privilege, benefits will be paid subject to the same provisions, limitations and exclusions in the policy. The Maximum Benefit Period will be 24 months for Total Disability starting before Your 75th birthday. If Total Disability starts after Your 75th birthday, the Maximum Benefit Period will be 12 months.

**Premiums**

The Premium will be based on:

1. Your attained age, and will change on each policy anniversary based on Your attained age; and

2. Your class on the Effective Date of the policy.

We may also change the Premium rate for Your policy as of any policy anniversary, but only if We change it for all policies in Your class, and only if We give You at least 60 days' advance notice.

## Exclusions

**General Exclusions**

We will not pay benefits for a Disability:

1. Due to an act of war, whether declared or undeclared;

2. Due to pregnancy or childbirth, but We will cover Disability due to Complications of Pregnancy;

3. Due to any loss We have excluded by name or specific description;

4. Due to Your committing, or attempting to commit, a felony;

5. Existing while You are legally incarcerated or detained; or

6. Caused by an intentionally self-inflicted Injury.

**Preexisting Conditions Exclusion**

We will not pay benefits for a Disability that starts during the first 2 years after the Effective Date if it was due to a Preexisting Condition. This exclusion does not apply to any condition that was disclosed, and that was not misrepresented, in the Application and was not excluded by name or specific description.

## Premium and Reinstatement

**Premium Payment**

The payment of the Premium shown on page 3, on or before the Effective Date, will keep the policy in force for the term which starts on the Effective Date. At the end of any term while the policy has been in force, You may renew the policy for a further term (called a renewal term). To renew, You must pay the Premium shown on page 3 by the Premium Due Date.

The last renewal term of the policy will end on the day before the first Premium Due Date on or after Your 65th birthday. See Renewal Privilege if Employed After Age 65 on page 9 for renewal past this date.

IDI2000-P/NC
(2) GA

9

DCADXV

## Premium and Reinstatement (Continued)

All policy terms will begin at 12:01 A.M. and end at midnight Standard Time, where You live.

You may change the frequency of payment with Our approval.

**Grace Period**

This policy has a 31-day grace period.  This means that each Premium after the first may be paid up to 31 days after its due date.  During the grace period, the policy will stay in force.  If You become Disabled during the grace period while the Premium remains unpaid, We may deduct any unpaid Premium(s) from the benefits due You.

**Reinstatement**

If You do not pay the Premium before the end of the grace period, the policy will lapse.  After the policy has lapsed, You may apply for reinstatement by completing an Application and paying all unpaid Premium(s).  If We have not sent You a Written disapproval of the reinstatement Application within 45 days, the policy will be reinstated as of the date We received the Premium.

Any Premiums We accept for a reinstatement will be applied to a period for which Premiums have not been paid.

The reinstated policy will cover only a loss that results from an Injury that occurs or a Sickness that first manifests itself after the date of reinstatement.  In all other respects You and We will have the same rights under the policy, subject to any provisions noted on or attached to the reinstated policy.

**Suspension During Military Service**

If You enter full-time active duty in the military (land, sea or air) service of any nation or international authority, You may suspend this policy.  But, You may not suspend the policy during active duty for training lasting 3 months or less.  The policy will not be in force while it is suspended, and We will not accept Premiums for that period.  Your policy will be suspended as of the date We receive Your Written request to suspend the policy.  No privileges or options under this policy or any attached riders may be exercised during suspension.  We will refund the pro rata portion of any Premium paid for a period beyond the date We receive your request.  Premiums must be paid to the date of suspension.

If Your full-time active duty in the military service ends before the first Premium Due Date on or after Your 65th birthday, You may request that We place this policy back in force without evidence of insurability.  Your coverage will start again when We receive:

1.    Your Written request to place the policy back in force; and

2.    The required pro rata Premium for coverage until the next Premium Due Date.

Your request and Premium payment must be received by Us within 90 days after the date Your active duty in the military service ends.  Premiums will be at the same rate that they would have been had Your policy remained in force.  The policy will not cover any loss due to an Injury that occurs or a Sickness that first manifests itself while the policy is suspended.  In all other respects You and We will have the same rights under the policy as at the time before it was suspended.

**Suspension During Unemployment**

After this policy has been in force for at least one year from the Effective Date, You may suspend this policy if You:

1.    Become unemployed; and

2.    Receive 8 weeks of governmental unemployment benefits.

The policy will not be in force while it is suspended, and We will not accept Premiums for that period.  No privileges or options under this policy or any attached riders may be exercised during suspension.

## Premium and Reinstatement (Continued)

The suspension will begin when we receive:

1.  Your Written request to suspend the policy; and

2.  Your certification that you are unemployed and that you have received 8 weeks of governmental unemployment benefits.

We will refund the pro rata portion of any Premium paid for a period beyond the date that the suspension begins. Premiums must be paid to the date of suspension.

After the end of a period of suspension, this policy may not be suspended again until 48 months have elapsed from the end of that period of suspension.

The suspension will end at the earlier of:

1.  6 months after the date of suspension, at which time You will be notified that the policy has been placed back in force and Premiums are now due; or

2.  The date We receive Your Written request to end the suspension, subject to evidence satisfactory to Us that You are Gainfully Employed.

You will be required to pay the pro rata Premium for coverage until the next Premium Due Date. If this policy is suspended on the first Premium Due Date on or after Your 65th birthday, this policy will end at that time and cannot be renewed.

Premiums will be at the same rate that they would have been had Your policy remained in force. The policy will not cover any loss due to an Injury that occurs or a Sickness that first manifests itself while the policy is suspended. In all other respects You and We will have the same rights under the policy as at the time before it was suspended.

## Claims

**Time of Loss**   All losses must occur while Your policy is in force.

**Notice of Claim**   Written notice of claim must be given to Us at Our office within 30 days after a covered loss starts, or as soon thereafter as reasonably possible.

**Claim Forms**   After We receive the Written notice of claim We will send You Our proof of loss forms within 10 working days. If We do not, You will meet the Written proof of loss requirements if You send Us, within the time set forth below, a Written statement of the nature and extent of Your loss.

**Proof of Loss**   Written proof of loss satisfactory to Us must be sent to Us within 90 days after the end of each monthly period for which You claim benefits. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time. However, such proof must be furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required. As often as is reasonably necessary, We may require as part of the proof of loss financial proof such as personal and business income tax returns, income statements, accountant's statements and other proof acceptable to Us.

We may also require on a monthly basis, that You, and any Physician treating You, complete and Sign supplemental statements of claim.

**Authorizations**   We may require, as often as is reasonably necessary, that You provide authorizations for Us to obtain medical information, financial information, and any other information pertinent to Your claim.

| | |
|---|---|
| **Examinations** | At Our expense, as often as is reasonably necessary, We may require You to have an independent examination by a Physician of Our choice. |
| | At Our expense, as often as is reasonably necessary, We may require an audit of all Your business and financial records, by a financial examiner of Our choice. This may include examination of business and financial records for any business in which You have an ownership interest. |
| | At Our expense, as often as is reasonably necessary, We may have Our representatives conduct telephone or in-person interviews with You regarding Your claim. |
| **Time of Payment of Claim** | After We receive Written proof of loss, We will pay the benefits due under the policy. |
| | If We reduce or deny a claim for benefits, We will send Written notice within 15 working days after the date We receive proof of loss. The notice will include Our reason for reducing or denying the claim and, if necessary, a request for documents or other information needed to process the claim. When We receive all of the documents or information, We will, within 15 working days, either pay the claim in whole or in part, or send a notice giving Our reasons for denying the claim or any portion of it. If We do not comply with these limits, We will pay interest of 18% per year on any benefits payable under the policy. |
| **Payment of Claims** | All benefits will be paid to You. But, if You are not legally competent to give a valid release, or if any benefit is payable to Your estate, We may pay up to $1,000 to anyone who We believe is entitled to it. If We make such a payment in good faith, We will not be liable to anyone for the amount We pay. |
| **Beneficiary** | The beneficiary is the person or persons to whom any benefits unpaid at Your death are payable. You may name a contingent beneficiary to become the beneficiary if all the beneficiaries die while You are alive. If no beneficiary or contingent beneficiary is named, or none is alive when You die, Your estate will be the beneficiary. While You are alive, You may change any beneficiary or contingent beneficiary. |
| | If more than one beneficiary is alive when You die, We will pay them in equal shares, unless You have chosen otherwise. |
| **How to Change the Beneficiary** | You may change the beneficiary or contingent beneficiary of this policy by Written notice or assignment of the policy. No change is binding on Us until it is recorded at Our office. Once recorded, the change binds Us as of the date You Signed it. This change will be without prejudice to Us as to any payment We make or action We take before We record the change. We may require that You send Us the policy to make the change. |
| **Assignment** | You may assign Your policy or any claim under it by Written assignment. No assignment is binding on Us until it is recorded at Our office. Once recorded, the assignment binds Us as of the date You Signed it. The assignment will be without prejudice to Us as to any payment We make or action We take before We record the assignment. We will not be responsible for the validity of any assignment. We may require that You send Us the policy to record the assignment. |

## General Provisions

| | |
|---|---|
| **The Contract** | This policy with riders, if any, and the Application make up the entire contract. All statements in the Application will be representations and not warranties. No statement will be used to contest the policy unless it appears in the Application. |
| **Limitation on Agent's or Broker's or Other Person's Authority** | No agent, broker, or other person except Our President, Our Secretary or Vice-President may: |
| | 1. Make or change any contract of insurance; or |
| | 2. Change or waive any terms of this policy. |
| | Any change or waiver must be in Writing and Signed by Our President, Secretary, or Vice-President. |

General Provisions (Continued)

**Time Limit on Certain Defenses**

After 2 years from the Effective Date of this policy, not including any period of Disability, no misstatements made by You on the Application can be used to void this policy, or to deny a claim under this policy, for a Disability starting after the end of such 2-year period.

No claim for Disability starting after 2 years from the Effective Date of this policy, or of any policy change or reinstatement, will be reduced or denied on the grounds that a Sickness or physical condition had existed, but not manifested itself, before the Effective Date of this policy, or of such policy change or reinstatement, unless, on the date the Disability starts, that Sickness or physical condition was excluded from coverage by name or specific description.

With respect to any coverage added to this policy after its original Effective Date, pursuant to a new or supplemental Application, the 2-year period in this Time Limit on Certain Defenses provision will be measured from the Effective Date of the additional coverage.

**Misstatement of Age and Sex**

If Your age or sex is not stated correctly on Our records, the benefits under the policy will be those that the Premium You paid would have bought at Your correct age and sex.

If, according to Your correct age and sex, the coverage provided by this policy would not have become effective, or would have ended before the acceptance of the Premium, We will refund all Premiums paid for the period not covered by the policy.

**Legal Actions**

No legal action may be brought until 60 days after Written proof of loss has been provided to Us. No such action may be brought after 3 years from the time Written proof of loss is required to be provided to Us.

**Conformity with State Statutes**

Any provision in this policy which, on the Effective Date, conflicts with the laws of the state in which You reside on that date is amended to meet the minimum requirements of such laws.

**Waiver of Policy Provisions**

Our failure to invoke or enforce a right We have reserved under the terms of this contract may not be deemed a permanent waiver of that right.

Copy of Application is attached.

Metropolitan Life Insurance Company

## Rider: Presumptive Disability

This rider is a part of the policy if it is referred to on page 3.

**Date of Rider**    The Effective Date of this rider is shown on page 3.

**Premium**    The Premium for this rider is shown on page 3.

**Definitions**    **Presumptive Total Disability** means that You are presumed to be totally and permanently Disabled if an Injury or Sickness causes Your complete, irrecoverable and irreparable loss of:

1.    The use of both hands, or both feet, or one hand and one foot;

2.    The sight in both eyes;

3.    Speech; or

4.    Hearing in both ears.

**Benefits**    If You are Totally Disabled according to the definition of Presumptive Total Disability, We will:

1.    Consider You to be Totally Disabled even if You are able to work and even if You are not receiving medical care from a Physician; and

2.    Waive the Elimination Period, except with respect to any Social Insurance Offset Benefit rider included in Your policy.

Benefits for Presumptive Total Disability will be the Monthly Benefit for Total Disability shown on page 3, and will be paid in place of any other Disability benefits.  Benefits for Presumptive Total Disability will be payable until the date this rider ends, as shown below.

**Time Limit on Certain Defenses**    After 2 years from the Effective Date of this rider, no misstatements made by You on the Application for this rider or the policy to which it is attached can be used to void this rider or deny a claim under this rider for a Disability starting more than 2 years from the Effective Date of this rider.

No claim for Disability starting after 2 years from the Effective Date of this rider will be reduced or denied on the grounds that a Sickness or physical condition had existed, but not manifested itself, before the Effective Date of this rider unless, on the date the Disability starts, that Sickness or physical condition was excluded from coverage by name or specific description.

**Termination**    This rider will end on the earliest of:

1.    The date the policy ends;

2.    The first Premium Due Date on or after Your 65th birthday; or

3.    The date We receive Your Written request to end this benefit, in which case You must return the policy to Us.  We will change the policy and return it to You.

Gwenn L. Carr
Gwenn L. Carr
Vice-President and Secretary

Metropolitan Life Insurance Company

## Rider: Lifetime Monthly Benefit for Total Disability

This rider is a part of the policy if it is referred to on page 3.

**Effective Date**  The Effective Date of this rider is shown on page 3.

**Premium**  The Premium for this rider is shown on page 3.

**Benefit**  This rider provides a lifetime Total Disability benefit. We will pay this benefit during Your continuous Total Disability if:

1.  Such Total Disability starts before and continues until the first Premium Due Date on or after Your 65th birthday; and

2.  The benefits under Your policy have been paid during Your Total Disability.

This rider does not extend the Maximum Benefit Period for the policy, or for any other rider included with the policy.

### When Payable

We will start to pay this benefit on the later of:

1.  The first Premium Due Date on or after Your 65th birthday; or

2.  The date the Monthly Benefit for Total Disability, as shown on page 3, ends.

We will pay it while You remain Totally Disabled for as long as You live.

Benefits will not be payable under this rider for any period for which benefits are payable under the Total Disability Benefit under Your policy.

### Amount of Benefit

The monthly amount We will pay will be based on the Monthly Benefit for Total Disability shown on page 3. This amount, plus any applicable cost-of-living adjustment, will be multiplied by a factor determined from the table below to determine the monthly amount We will pay.

| Age at the Start of Total Disability | Factor |
|---|---|
| 55 or less | 1.0 |
| 56 | .9 |
| 57 | .8 |
| 58 | .7 |
| 59 | .6 |
| 60 | .5 |
| 61 | .4 |
| 62 | .3 |
| 63 | .2 |
| 64 or 65, but before the first Premium Due Date on or after Your 65th birthday | .1 |

**Time Limit on Certain Defenses**  After 2 years from the Effective Date of this rider, no misstatements made by You on the Application for this rider or the policy to which it is attached can be used to void this rider or deny a claim under this rider for a Total Disability starting more than 2 years from the Effective Date of this rider.

No claim for Total Disability starting after 2 years from the Effective Date of this rider will be reduced or denied on the grounds that a Sickness or physical condition had existed before the Effective Date of this rider unless, on the date the Total Disability starts, that Sickness or physical condition was excluded from coverage by name or specific description.

**Rider: Lifetime Monthly Benefit for Total Disability (Continued)**

**Termination**        This rider will end on the earliest of:

1.    The date the policy ends;

2.    The first Premium Due Date on or after Your 65th birthday; or

3.    The date We receive Your Written request to end this rider, in which case You must return the policy to Us.  We will change the policy and return it to You.


Gwenn L. Carr
Vice-President and Secretary

**MetLife**®

# Notice

The laws of the State of Georgia prohibit insurers from unfairly
discriminating against any person based upon his or her status as a
victim of family violence.

CAAB55

**Metropolitan Life Insurance Company**

## Rider: Monthly Benefit for Residual Disability

This rider is a part of the policy if it is referred to on page 3.

**Effective Date**   The Effective Date of this rider is shown on page 3.

**Premium**   The Premium for this rider is shown on page 3.

**Definitions**   The definition of Disability or Disabled in Your policy is amended to read as follows:

> **"Disability** or **Disabled** means either Total or Residual Disability that starts while Your policy is in force."

**Residual Disability** or **Residually Disabled** means that due solely to Impairment caused by Injury or Sickness:

1.   Your Earnings are reduced by at least 20 percent of Your Prior Earnings; and

2.   You are receiving appropriate care from a Physician who is appropriate to treat the condition causing the Impairment; and

3.   You are not Totally Disabled, and are Gainfully Employed, but You are:

   a.   Prevented from performing one or more of the material and substantial duties of Your Regular Occupation; or

   b.   Performing the material and substantial duties of Your Regular Occupation, but are not able to perform them for more than 80 percent of the time normally required of You; or

   c.   Engaged in another occupation.

We may waive the requirement of care from a Physician if Your Physician provides documentation acceptable to Us that continued care would be of no benefit to You.

**Earnings** means income or compensation, payable as remuneration to You, for actual services You perform, or for goods or services provided by a business in which You have an ownership interest. This term includes salary, fees, profits or losses. commissions, bonuses and other payment for goods or services, which You or Your business render or provide.  Earnings are determined after deduction of normal and customary unreimbursed business expenses, but before deduction of any income taxes.

Earnings do not include:

1.   Income from dividends, interest, rent, royalties, annuities, or investments; or

2.   Income from deferred compensation plans, formal sick pay benefits, disability income policies, or retirement plans.

**Review Date** means each anniversary date of the start of a period of Disability.

**Index Month** means the June before the Review Date. The first Index Month is the June before the start of a period of Disability.

**Rider: Monthly Benefit for Residual Disability (Continued)**

**CPI-W** means the Consumer Price Index for Urban Wage Earners and Clerical Workers for all items. It is published by the United States Bureau of Labor Statistics. If the CPI-W cannot be used or is not available, We will choose a suitable index to replace it. CPI-W will then mean the chosen index.

**Prior Earnings** means the greater of Your average monthly Earnings for the 3 calendar years immediately prior to the start of Your Disability, or for the 24 months immediately prior to the start of Your Disability, provided there is financial documentation satisfactory to Us.

After the start of a period of Disability, the Prior Earnings are increased each year, on the Review Date. The Prior Earnings will be multiplied by a factor equal to the CPI-W for the Index Month divided by the CPI-W for the preceding Index Month. The percentage increase in the Prior Earnings in any given year will not be more than 7% or less than 1%.

**Benefits**    **Monthly Benefit for Residual Disability** --While You are Residually Disabled, We will pay a monthly benefit for Residual Disability, if the Elimination Period has been met (by Total Disability and/or Residual Disability).

The monthly amount of this benefit equals:

$$\frac{A-B}{A} \times \text{Monthly Benefit for Total Disability as shown on page 3}$$

"A" is Your Prior Earnings.

"B" is Your Earnings for the month for which Residual Disability is claimed. Such Earnings will not include income received for services You performed prior to the date Your Residual Disability started.

If Earnings for the month for which Residual Disability is claimed are 25 percent or less of Prior Earnings, We will consider "B" to be zero; that is, the full Monthly Benefit for Total Disability, as shown on page 3, will be payable.

For example, if Your Monthly Benefit for Total Disability is $1,000, and Your Prior Earnings are $2,000, and Your monthly Earnings for the month for which Residual Disability is claimed are $800; Your Residual Disability benefit would be computed as follows:

$$\frac{\$2,000 - \$800}{\$2,000} \times \$1,000 = \$600$$

For periods of less than a month, benefits will be prorated based on a 30-day month.

During the first 6 months during which Residual Disability benefits are paid, the minimum monthly benefit for Residual Disability will be 50 percent of the Monthly Benefit for Total Disability.

In determining "A" and "B" above, the same accounting method (cash or accrual) must be used. Once chosen, the accounting method (cash or accrual) will be applied consistently to the formula above.

**Cost-of-Living Adjustment for Disability Benefits**—If a Cost-of-Living Adjustment for Disability Benefits (COLA) rider is included in Your policy, then in computing Residual Disability benefits, We will substitute the Adjusted Monthly Benefit for Total Disability, as defined in the COLA rider, for the Monthly Benefit for Total Disability.

The Residual Disability benefit will be payable starting on the day after the Elimination Period ends; however, We will not pay a Residual Disability benefit while We are paying You the Total Disability benefit.

IDI2000-PR/RDISA                                    2                                    DDABOA

## Rider: Monthly Benefit for Residual Disability (Continued)

We will continue to pay this benefit until the earlier of:

1. The date You are no longer Residually Disabled; or

2. The date the Maximum Benefit Period ends.

**Proof of Earnings**

We may require proof from You, as often as is reasonably necessary, as to Your:

1. Prior Earnings; and

2. Earnings for each month for which a Residual Disability is claimed.

This may include financial proof such as Your personal and business income tax returns, income statements, accountant's statements or other proof acceptable to Us. We may require an audit of all Your business and financial records, by a financial examiner of Our choice. This may include examination of financial records for any business in which You have an ownership interest.

**Time Limit on Certain Defenses**

After 2 years from the Effective Date of this rider, no misstatements, except for fraudulent misstatements, made by You on the Application for this rider or the policy to which it is attached can be used to void this rider or deny a claim under this rider for a Disability starting more than 2 years from the Effective Date of this rider.

No claim for Disability starting after 2 years from the Effective Date of this rider will be reduced or denied on the grounds that a Sickness or physical condition had existed, but not manifested itself, before the Effective Date of this rider unless, on the date the Disability starts, that Sickness or physical condition was excluded from coverage by name or specific description.

**Termination**

This rider will end on the earliest of:

1. The date the policy ends;

2. The first Premium Due Date on or after Your 65th birthday, or the fifth policy anniversary, if later; or

3. The date We receive Your Written request to end this benefit, in which case You must return the policy to Us. We will change the policy and return it to You.

Gwenn L. Carr
Vice-President and Secretary

**MetLife**

Metropolitan Life Insurance Company
One Madison Avenue, New York, NY 10010

# Part A. Application for Disability Income Insurance

1. (a) Proposed Insured

MARWAN ___ I ___ KHOURI _____
Full Name    First/Given    Middle    Last/Surname    Suffix (e.g. Jr.) Prof. Desig.    (Maiden name if applicable)

MALE ___ 10/16/58 ___ 47 ___ (b) State of Birth Jordan
Sex    Date of Birth    Age    (Country, if other than U.S.)

(c) Are you a United States citizen? ☑ Yes ☐ No If "No," how long have you been a resident of the United States? __ Years __ Months
   Status of your visa (if applicable) __ ☐ Temporary ☐ Permanent

(d) Social Security Number __

(e) Driver's License Number __ State of Issue US-IL    10/16/09

(f) Do you read and write English? ☑ Yes ☐ No If No, primary language you read and write __

2. Residence: 15620 Sunrise Lane
   Number    Street
   Orland Park    IL    60462
   City    State    Zip

(a) Business Address: 701 N. Kirk St.
   Number    Street
   Batavia    IL    60510
   City    State    Zip

(b) Email Address: mkhouri@sbcglobal.net Mail correspondence to: ☐ Home ☐ Business

(c) Employer's or Business Name: Suncoast    (d) Type of Business: manufacturing

   **Business Owners Only**
(e) What is your percentage of ownership? _____    (f) How long have you been an owner? _____
(g) How long has the business existed? _____    (h) Number of employees in the business: _____
(i) How is the business organized?  ☐ Sole Proprietor  ☐ Partnership  ☐ C Corporation  ☐ S Corporation
                                     ☐ PA  ☐ PC  ☐ LLC  ☐ LLP

4. (a) Primary Occupation: Quality Engineer    (b) Your exact duties and
   the percentage of time devoted to each duty including amount and type of travel, foreign and domestic:
   quality check _____ %
   no travel _____ %
   _____ %
   _____ %

(c) How many employees do you supervise? 0

(d) How long have you been employed in your present occupation? 8 months 1 yrs

(e) How long have you been employed by your present employer? 8 months

(f) Are you actively at work at least 30 hours per week in the above occupation? ☑ Yes ☐ No If "No," explain below:

(g) Do you have any other full or part-time jobs? ☐ Yes ☑ No If "Yes," give duties, hours worked and travel required below.

(h) Do you plan to change jobs in the next six months? ☐ Yes ☑ No If "Yes," give details below.

(i) Are you aware of any fact that could change your occupational status or financial stability? ☐ Yes ☑ No
   If "Yes," give details below.

4/14/06

5.    **Base Policy and Optional Benefits Being Applied For:**
☒ Omni Advantage    ☐ Omni Select    ☐ Omni Essential
Monthly Benefit $ _3350_
Benefit Period (years) ☐ 2    ☐ 5    ☒ To Age 65 (N/A in B)
                    ☐ To Age 70 (N/A in A, B)
Elimination Period (days) ☒ 60    ☐ 90    ☐ 180    ☐ 365
                    ☐ 730 (365 & 730 N/A in 2 yr Benefit Period)

### ☐ Additional Monthly Indemnity (AMI)
Monthly Benefit $ _____
Benefit Period (years) ☐ 2    ☐ 5    ☐ To Age 65 (N/A in B)
                    ☐ To Age 70 (N/A in A, B)
Elimination Period (days) ☐ 60    ☐ 90    ☐ 180    ☐ 365
                    ☐ 730 (365 & 730 N/A w/ 2 yr Benefit Period)

### ☐ Priority Plus Disability Income Insurance (N/A in A, B)
Monthly Benefit $ _____
Benefit Period (years) ☐ 2    ☐ 5    ☐ To Age 65
Elimination Period (days) ☐ 60    ☐ 90    ☐ 180    ☐ 365
                    ☐ 730 (365 & 730 N/A w/ 2 yr Benefit Period)

☐ Residual
Supplemental Monthly Benefit (S.M.B.) Monthly Amount $_____
Elimination Period (days) ☐ 60    ☐ 90    ☐ 180
Social Insurance Substitute (S.I.S.) Monthly Amount $_____

### Disability Income Optional Benefits
☐ Social Insurance Offset Benefit
Monthly Benefit $ _____
Elimination Period (days) ☐ 60    ☐ 90    ☐ 180    ☐ 365
                    ☐ 730 (365 & 730 N/A w/ 2 yr Benefit Period)
☐ Residual with Recovery Benefit (N/A in A, B) ☐ 24 mos. ☐ 36 mos.
☐ Residual without Recovery Benefit (N/A in A, B)
☐ Guaranteed Insurability Option (N/A in A, B)
        Option Amount $_____
☐ Good Health Benefit/Refund of Premium
☐ Lifetime (N/A in 3A, 2A, A, B) ☐ 45
☐ Lifetime for AMI (N/A in 3A, 2A, A, B) ☐ 45
☐ Long-Term Care Guaranteed Purchase Option
☐ Your Occupation (N/A in 5AS, 4A, 3A, 2A, A, B) (N/A in Essential)
☐ Transitional Your Occupation (N/A in Essential)
        ☐ 5 yr (N/A in 3A, 2A, A, B)
        ☐ 10 yr (N/A in 4A, 3A, 2A, A, B)
        ☐ To Age 65 (N/A in 4A, 3A, 2A, A, B)
☒ Catastrophic Benefit        Monthly Amount $ _1000_
☒ 3% Simple Cost of Living Adjustment with Buy-up
☐ 1-7% Compound Cost of Living Adjustment with Buy-up
☐ Other _____
☐ Other _____

**Premiums** ☐ Level    ☐ Step Rate

### ☐ Mortgage Comp
### Fixed Term Disability Income Insurance
Monthly Benefit $ _____
Duration of Policy (years) ☐ 10    ☐ 15    ☐ 20    ☐ 30
    **Note: Applicant's Age + Duration Must Not Exceed Age 65**
Elimination Period (days) ☐ 60    ☐ 90    ☐ 180
Mortgage or Loan Date _____
Mortgage or Loan Amount $ _____
% of Mortgage for which you are responsible _____ %
Name and Address of Mortgagor/Lending Institution:

_____
_____

### ☐ Business Overhead Expense Insurance
**(a)** Maximum Monthly Benefit for Covered Monthly Expense
        $_____
Benefit Period (months) ☐ 12    ☐ 24
Elimination Period (days) ☐ 30    ☐ 60    ☐ 90
Optional Benefits ☐ Good Health Benefit/Refund of Premium
☐ Guaranteed Insurability Option Amt. $_____

**(b)** For a business other than a personal service business, please
        describe the personal services that you provide to your business
        without which revenue would be substantially reduced.

        _____
        _____
        _____
        _____

**(c)** Excluding yourself,
        **(i)** How many are employed in the business?_____
        **(ii)** How many of these employees are members of your
                profession? _____
        **(iii)** How many of these employees are members of your
                immediate family? _____

**(d)** List your average monthly business overhead expenses during
        the past 6 months. If you share monthly business expenses
        with others, list only your share. Exclude salaries, fees,
        drawing accounts, profits or any other remuneration for:
        **(i)** you;
        **(ii)** any partners;
        **(iii)** any member of your profession or person performing
                duties similar to yours; or
        **(iv)** any members of your immediate family

Rent .......................................................................$ _____

Taxes (not income taxes) and mortgage
interest payments .................................................$ _____

Other interest on business indebtedness .........$ _____

Utilities

    Electricity .........................................................$ _____

    Telephone .........................................................$ _____

    Maintenance Services .....................................$ _____

    Property & Liability Insurance ......................$ _____

Depreciation of Business Equipment .............$ _____

Employees' salaries (excluding items
in **(d)** above............................................................$ _____

Other normal and customary fixed office
expenses (specify below) .............................$ _____

_____
_____

Total (of d above) .......................................$ _____

6. **(a) Mode of Premium Payment:**
☐ Annual  ☐ Semi-Annual
☒ Check-O-Matic  ☐ Payroll Deduction
**(b)** Will the entire premium for this policy be paid directly
by your employer?  ☐ Yes  ☒ No
**(c)** If "Yes" will any portion of this premium be treated
as taxable income to you?  ☐ Yes  ☐ No

7. **Amount paid with Application:** $ ~~355692~~ 33592  or ☐ None
This amount  ☐ is  ☐ is not equal to at least one month's premium.
No temporary insurance can take effect unless one month's premium
is received.

8. **Revocable Beneficiary**

Nelly Khouri _____ WIFE _____ 12/3/74
_Full Name_                    _Relationship_        _Date of Birth_

9. Do you have or have available to you through your employer, or are you applying for any other type of:
**(a)** Individual, Association or Group disability income insurance coverage?  ☐ Yes  ☐ No
**(b)** Formal employer sick pay or Union disability income coverage not included in (a)?  ☐ Yes  ☐ No
**(c)** Business Overhead Expense or Buy/Sell Disability coverage?  ☐ Yes  ☐ No
If "Yes" to question 9a, 9b or 9c, complete the following using the following codes for questions 9 and 10 to indicate
"Type": G-Group; A-Association; E-Employer Sick Pay or Union; B-Business Overhead Expense; B/S Buy/Sell

### Disability Coverage In Force, Applied For or Available Through Your Employer

| Company or Source | Type | Total Monthly Benefit | Social Insurance Offset | Issue Month/Year | Elimination Period Accident | Sickness | Benefit Period Accident | Sickness |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

10. Is coverage being applied for replacing or changing any existing insurance with MetLife or any other insurance company?
☐ Yes  ☒ No  If "Yes", complete the following:

### Disability Coverage to be Replaced or Changed

| Insurance Company Name And Address | Policy Number | Monthly Benefit | Type | Issue Month/Year | Termination Month/Year | Premium Mode |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

11. **Financial Information:**

|  | Current Year (Annualized) | Last Year | Two Years Ago |
|---|---|---|---|
| **Employee/Salaried Earnings** | | | |
| **(a)** Base Salary (W-2 Income) | $ 58.00K MK | $ 58 K | $ 58 K WK |
| **(b)** Commissions | $ _____ | $ _____ | $ _____ |
| **(c)** Bonus, Profit Sharing or Incentive Payments | $ 2000 | $ 1000 | $ 1000 |
| **Owner/Shareholder Earnings** | | | |
| **(d)** Sole Proprietor net business earnings/losses | $ _____ | $ _____ | $ _____ |
| **(e)** Partnership/S-Corporation net business earnings/losses | $ _____ | $ _____ | $ _____ |
| **(f)** Net share of corporate earnings/losses | $ _____ | $ _____ | $ _____ |
| **Total Earned Income (Sum of Lines a through f)** | $ _____ | $ _____ | $ _____ |
| **Other Income; Unearned Income** | | | |
| **(g)** Dividends and Interest | $ _____ | $ _____ | $ _____ |
| **(h)** Net rental income before depreciation | $ _____ | $ _____ | $ _____ |
| **(i)** Other (identify source) | $ _____ | $ _____ | $ _____ |

**Financial Information (cont.)**

**11. Financial Information (cont.)**

**Current Net Worth**
(j)  Does your net worth exceed $3,000,000?   ☐ Yes  ☐ No
      (If "Yes" give details below. Amounts expressed to the nearest $100,000 are acceptable)

|                                                              | Assets |
|--------------------------------------------------------------|--------|
| Cash, Savings, Stock & Bonds .................................. | $ _20K_ |
| Personal Property (such as jewelry, furnishings) ............... | $ _30K_ |
| Personal Residence ........................................... | $ _350K_ |
| Other Real Estate ............................................ | $ _____ |
| Business Interest(s) .......................................... | $ _____ |
| Other (specify source) _____ | $ _____ |
| Less: Indebtedness                                           | $ _____ |
| **Total**                                                    | $ _400K_ |

(k)  Which tax forms are being submitted with this application?   ☑ 1040s and all schedules   ☐ W-2s   ☐ Other _____

(l)  In the past five years have you or any business in which you held at least a 5% interest filed for bankruptcy?
      ☐ Yes  ☑ No   If "Yes", give details below, including date of discharge, status and type.
      _____
      _____

**12.**  (a)  Have you: had a driver's license suspended or revoked in the last 3 years; been convicted of 3 or more moving violations; been
            convicted of driving while impaired or intoxicated?   ☐ Yes  ☑ No   If "Yes", give details below.
      (b)  Other than above, have you been convicted of any felony or misdemeanor, or do you have any charges pending?
            ☐ Yes  ☑ No   If "Yes", give details below.
      _____
      _____

**13.**  Has any application for a policy of Life, Health or Disability Insurance on you ever been postponed, rated, modified, declined, rescinded
      or required an extra premium?   ☐ Yes  ☐ No   If "Yes", give details below.
      _____
      _____

**14.**  (a)  Are you required to hold a professional job license?   ☑ Yes  ☐ No
      (b)  If "Yes", have you been subject to any disciplinary action, revocation, or suspension of your license, or do you have any charges
            currently pending against your license?   ☐ Yes  ☑ No   If "Yes", give details below.
      _____
      _____

**15.**  Have you flown as a pilot, student pilot, or crew member in the last 2 years or do you intend to do so in the next 12 months?
      ☐ Yes  ☑ No   If "Yes", complete the Aviation Questionnaire.

**16.**  Have you ever engaged in or do you plan to engage in: Automotive, Motorcycle (including off road use) or Power Boat Racing;
      Bobsledding; Snowboarding; Skiing; Underwater Cave Exploration; Water Skiing; White Water Rafting; Spelunking; Ballooning; Scuba
      Diving; Sky Diving; Bungee Jumping; Hang Gliding (including Slope Soaring, Parakiting, Ultralighting, etc.); Mountain Climbing;
      Parachuting; Snowmobile Racing; Slalom Racing; Rodeo Activities; Karate or Martial Arts?
      ☐ Yes  ☑ No   If "Yes", complete the Avocation Questionnaire.

# Part B. Statements By the Proposed Insured

1.  **(a)** Height _5'10"_      **(b)** Weight _180_

2.  How much time have you lost from work during the past 5 years because of accident or sickness? _2 days_

3.  Date you last used tobacco in any form:   Date _____   Type _____   ☑ Never used tobacco

4.  **(a)** Please provide the name, address and phone number of your personal/primary care physician(s) as well as the date and reason for your last consultation. If none, check here ☐

| Name, Address and Phone Number | Date | Reasons for Consultation: Nature, Severity and Frequency of Symptoms; Diagnosis, Treatment and Current Status of Condition |
|---|---|---|
| Dr. Al-Khled 708 346.5562 4400 W. 95 Oaklawn, IL 60453 | 2/2006 med. | check-up FEB- clean bill of health goes for 6 month checkup to make sure cholesterol dosage is still right |

**(b)** In addition, in the past 5 years has any Chiropractor, Counselor, Health Facility, Physician, Practitioner, Psychiatrist, Psychologist, Social Worker, or Therapist examined or treated you?   ☐ Yes   ☑ No

Give details below for each instance:

**(Use Supplementary Information Page, pg. 7 if more space is needed)**

| Name, Address and Phone Number of each Chiropractor, Counselor, Health Facility, Physician, Practitioner, Psychiatrist, Psychologist, Social Worker or Therapist | Date | Reasons for Consultation: Nature, Severity and Frequency of Symptoms; Diagnosis, Treatment and Current Status of Condition |
|---|---|---|
| | | |

**5. Have you EVER received treatment, attention or advice for; been told that you had; or had any known indication of:**

| | Yes | No |
|---|---|---|
| **(a)** Any disease or disorder of the heart; arteries or veins; chest pains; elevated (high) blood pressure (hypertension)? | ☐ | ☒ |
| **(b)** Arthritis; any disease, disorder or deformity of the bones, muscles, tendons, or joints, including the spine; any neck or back problems or disorders; carpal tunnel syndrome? | ☐ | ☒ |
| **(c)** Any mental, nervous or emotional problem, condition or disorder, including anxiety, depression or stress? | ☐ | ☒ |
| **(d)** Stroke, embolism, thrombosis? | ☐ | ☒ |
| **(e)** Cancer, tumor or polyp? | ☐ | ☒ |
| **(f)** Diabetes or high blood sugar? | ☐ | ☒ |
| **(g)** Any disease or disorder of the lungs or respiratory system, including asthma, allergy, emphysema, or Chronic Obstructive Pulmonary Disease? | ☐ | ☒ |
| **(h)** Any disease or disorder of the liver, gall bladder, pancreas, digestive tract, including intestines; ulcer, colitis, hemorrhoids, or hernia? | ☐ | ☒ |
| **(i)** Memory loss, loss of concentration, fatigue, neurologic disorder, unconsciousness, loss of cognition, dizziness, paralysis or numbness, impairment of nervous system; epilepsy, or seizures? | ☐ | ☒ |
| **(j)** Any disease or disorder of the urinary tract or kidney; sugar, albumin or blood in urine? | ☐ | ☒ |
| **(k)** Any physical deformity or physical impairment? | ☐ | ☒ |
| **(l)** Any disease or disorder of glands; anemia, leukemia or other brood disorders? | ☐ | ☒ |
| **(m)** Any disease or disorder of the prostate or testes; uterus, ovaries or breasts? | ☐ | ☒ |
| **(n)** Any disease or disorder or impairment of the eyes, ears, mouth, nose or throat; any loss of vision or hearing? | ☐ | ☒ |
| **(o)** Endocrine disorders or goiter or disease or disorder of the thyroid gland? | ☐ | ☒ |
| **(p)** Any sexually transmitted disease, Positive HIV test; Acquired Immune Deficiency Syndrome or other immune deficiency? | ☐ | ☒ |
| **(q)** Adult Attention Deficit Disorder, Adult Attention Deficit Hyperactivity Disorder, Alzheimer's Disease, Chronic Fatigue Syndrome, Epstein-Barr Virus, Fibromyalgia, Lyme Disease, Myalgia or Encephalitis? | ☐ | ☒ |

**6. Have you EVER:**

**(a)** Been advised to have any medical test or surgical operation that was not performed, or had any medical test or surgical operation performed, or gone to a hospital, doctor's office, clinic, dispensary or sanatorium for observation, examination or treatment; and this information has not been revealed by previous questions? ☐ Yes ☒ No

**(b)** Been advised to modify or restrict eating, drinking or living habits because of any health conditions? ☐ Yes ☒ No

**(c)** Had persistent cough, pneumonia, chest discomfort, muscle weakness, unexplained weight loss of 10 pounds or more, swollen glands, patches in the mouth, visual disturbance, recurring diarrhea, fever or infection? ☐ Yes ☒ No

**7.**

**(a)** Are you currently disabled, or do you expect to be disabled? ☐ Yes ☒ No

**(b)** Have you received or applied for disability, workers' compensation, or military disability benefits from any source in the past 5 years? ☐ Yes ☒ No

**(c)** Are you pregnant? ☐ Yes ☒ No
If "Yes," expected delivery date? _____

**(d)** Within the last five years, have you taken any prescription medications, over the counter herbal medications, or been advised by a physician to take any medications, or are you now taking any prescription medications or over the counter herbal medications?
If "Yes," give name, dosage, dates and reason below.

**8. Have you EVER** used heroin, cocaine, marijuana, barbiturates or other drugs, except as prescribed by a physician or other practitioner; abused alcohol or drugs; or received treatment or advice regarding the use of alcohol or drugs from a physician, other practitioner, or organization which assists those who have an alcohol or drug problem? ☐ Yes ☐ No

**9. For any "Yes" answer to Questions 5 through 8, give details: (Use Supplementary Information Page, pg. 7 if more space is needed)**

| Item No. | Name, Address and Phone Number of each Chiropractor, Counselor, Health Facility, Physician, Practitioner, Psychiatrist, Psychologist, Social Worker or Therapist | Dates | Reason for Consultation; Nature, Severity, and Frequency of Symptoms; Diagnosis, Treatment & Current Status of Condition |
|---|---|---|---|
| | Crestor - cholesterol | unknown ago from last appt.<br>check up months | on meds since<br>august 2005 |
| | | | |

# Supplementary Information Page for Applicant

Provide additional application information on this page. **This information will be included in the Policy.**

# Agreement

I have read this application and any supplemental applications or amendments, and to the best of my knowledge and belief, I agree that: (a) All statements and answers are true and complete; and (b) All of the information is correctly recorded in the application; and (c) Such written statements may be relied on by MetLife in order to determine if I qualify for issue of a policy.

I understand that the application seeks full disclosure of the information sought; and that no one has the right to alter or exclude or to direct me to alter or exclude any information from the application.

I understand that this application, any paramedical application, and any supplemental applications or amendments will become a part of any policies issued as a result of this application.

Except as set forth in the Temporary Insurance Agreement, the policy will not be in effect and MetLife will have no liability until: (a) a policy is delivered in person to me and is accepted by me; and (b) the full first premium due is paid. The policy will then be in effect as of its date of issue if at the time it is delivered:

> (a) the condition of my health, the amount of my income, and the status of my employment or occupation are the same as given in the application; and (b) I, the proposed insured, have not received any medical advice or treatment from a physician or other medical practitioner since the date of this application.

If there are any exceptions to (a) or (b), the policy will not be in effect and I will immediately give MetLife details in writing.

I understand that MetLife will rely on the fact that coverage under any policies listed in Part A, Question 10 on page 3 will end on the Effective Date of Termination shown. If such coverage does not end at that time, any policy issued as a result of this application will be void from the beginning; all premiums will be returned; and no benefits will be payable. MetLife has the right to contact any listed insurer after the Effective Date of Termination to confirm that coverage has ended.

**Any person who knowingly, and with intent to defraud an insurance company or other person, submits an application for insurance or files a claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a crime.**

| Witness (Licensed Resident Agent) | Place | Mo. | Day | Yr. | Signature of Proposed Insured |
|---|---|---|---|---|---|
| X _Kim Suchocki_ | Orland Park IL | 4 | 12 | 06 | X _marwan Kh_ |

# Personal History Interview

As part of your application process, MetLife, or someone it designates, will telephone you to verify information in this application, including your occupation, medical history and income. This phone call will take between 15 and 20 minutes to complete. Please indicate below, the best way to reach you.

| | Home: | | | | | Work: | | | |
|---|---|---|---|---|---|---|---|---|---|
| M-F | | | Evening | AM/PM ( ) | | | | AM/PM ( ) | |
| Day of Week | Date | Time | | Phone | Day of Week | Date | Time | AM/PM | Phone |

| | Other: | | | |
|---|---|---|---|---|
| | | | AM/PM ( ) | |
| Day of Week | Date | Time | | Phone |

## CHECK-O-MATIC (C-O-M)

I understand that paying my insurance premiums monthly may result in a higher yearly out-of-pocket cost than a less frequent premium mode.

**Be sure to enclose a voided blank check for the account you wish to use and sign this authorization.**

I authorize: (1) MetLife to initiate monthly deductions from my checking account, by electronic or other means, as payment for the coverage level selected; and (2) the financial institution on which my enclosed sample check (marked VOID) is drawn, to: (a) accept the deductions initiated by MetLife; and (b) give MetLife my most recent address upon MetLife's request. Withdrawals will continue until MetLife has had a reasonable opportunity to act upon my written request to end this service. I authorize deductions to be taken on the effective date of the policy and on the __15__ day of the month, or the next business day. If no day is selected, deductions will be taken on the first business day of the month.

| X _marwan Khan_ | _4/12/06_ |
|---|---|
| Signature of Account Holder for Monthly Automatic Deductions | Date |

If your check is drawn on a credit union, indicate credit union phone number: (_____)_____

**PART II: Paramedical/Medical Exam**

Case/Policy No.: _____

☐ Metropolitan Life Insurance Company
☐ MetLife Investors Insurance Company
☐ New England Life Insurance Company
☐ Texas Life Insurance Company

☐ Metropolitan Tower Life Insurance Company
☐ Metropolitan Insurance and Annuity Company
☐ MetLife Investors USA Insurance Company
☐ General American Life Insurance Company

The Company indicated above is referred to as "the Company".
For Texas Life: If medical examination is not required: questions are to be completed by Agent.

The spaces below are for answers of person to be examined only. Nothing but the answers of such person should be recorded.

1. Name of Proposed Insured: (Last, First, Middle)
   **KHOURI MARWAN I**
   Date of Birth: (Mo./Day/Year) **10.16.1958**

2. Tobacco Use - Indicate date last smoked/used:

   | | | | |
   |---|---|---|---|
   | __/__/__ ☒ Never | __/__/__ ☒ Never | __/__/__ ☒ Never | __/__/__ ☒ Never |
   | Cigarette | Smokeless Tobacco | Cigar/Pipe | Patch/Gum |

   Amount/Frequency: _____
   Tobacco Never Used: ☒ Yes  ☐ No

3. Who is the doctor, practitioner, or health care facility who can give us the most complete and up to date information concerning your present health? If "None", check ☐.  **Dr Abbasi**
   Name, full address, and phone number: **17850 S. Kedzi Hazelcrest IL 60429**
   **15620 Sunrise Dr.**

   When was this doctor last consulted? **Feb 2006**
   Why? **Check up**

   What treatment was given or medication prescribed? If "None", check ☒

   Reasons, findings, earlier consultations past 5 years?
   **High Cholesterol.**

4. a) Height  **5** ft. **10** in.
   b) Weight **180** lbs.
   c) Change in weight in past 12 months (give reason) **No.**
   Pounds lost _____ Pounds gained _____ Reason _____

5. Have you EVER received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that you had:

   Details: List question number. Give; details; dates; duration; diagnosis; treatment; and doctors' names and addresses.

   **3. High Cholestrol diagnosed by Dr. T. Abbasi 6 month ago taking Crestor 20 mg 1 a day 2005**

   | | Yes | No |
   |---|---|---|
   | a) High blood pressure; chest pain, heart attack; or any other disease or disorder of the heart or circulatory system? | ☐ Yes | ☒ No |
   | b) Asthma; bronchitis; emphysema; sleep apnea; shortness of breath; or any other disease or disorder of the lungs or respiratory system? | ☐ Yes | ☒ No |
   | c) Seizures; stroke; paralysis, Alzheimer's disease; multiple sclerosis; Lou Gehrig's disease (ALS); memory loss; Parkinson's disease; progressive neurological disorder; headaches; dizziness; or any other disease or disorder of the brain or nervous system? | ☐ Yes | ☒ No |
   | d) Ulcers; colitis; hepatitis; cirrhosis; or any other disease or disorder of: the liver, gallbladder; stomach; or intestines? | ☐ Yes | ☒ No |
   | e) Any disease or disorder of: the kidney; bladder; prostate; reproductive organs; or breasts; sexually transmitted disease; sugar; albumin; blood or pus in the urine? | ☐ Yes | ☒ No |
   | f) Diabetes; thyroid disorder; or any other endocrine disorder? | ☐ Yes | ☒ No |
   | g) Arthritis; gout; or disorder of the muscles, bones, or joints? | ☐ Yes | ☒ No |
   | h) Cancer; tumor; polyp; or cyst? Any disease or disorder of the skin? | ☐ Yes | ☒ No |

Details (Continued):

6 CRESTAR long
Lowdrug.

| | | | |
|---|---|---|---|
| i) | Anemia; leukemia; or any other disorder of the blood or lymph glands? | ☐ Yes | ☒ No |
| j) | Depression; stress; anxiety; or any other psychological or emotional disorder or symptoms? | ☐ Yes | ☒ No |
| k) | Any disease or disorder of the eyes, ears, nose, or throat? | ☐ Yes | ☒ No |

**6.** Are you now, or within the last six months, under observation or taking medication or treatment? (Including over the counter medications, vitamins, herbal supplements, etc.)  ☒ Yes ☐ No

**7.** Do you have any doctor's visits, medical care, or surgery scheduled?  ☐ Yes ☒ No

**8.** Other than the above, during the past five years have you had any:

a) Checkup; electrocardiogram; chest x-ray; or medical test?  ☐ Yes ☒ No

b) Illness; injury; or health condition not revealed above; or have been recommended to have any: treatment; hospitalization; surgery; medical test; or medication?  ☐ Yes ☐ No

**9.** Have you:

a) ever been diagnosed or treated by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS) or AIDS related Complex (ARC)?  ☐ Yes ☒ No

b) ever tested positive for the AIDS (HIV) virus or for antibodies to the AIDS (HIV) virus?  ☐ Yes ☒ No

**10.** a) Have you ever used heroin, cocaine, barbiturates, or other drugs, except as prescribed by a physician or other licensed practitioner?  ☐ Yes ☒ No

b) Have you ever received treatment from a physician or counselor regarding the use of alcohol, or the use of drugs except for medicinal purposes; or received treatment or advice from an organization that assists those who have an alcohol or drug problem?  ☐ Yes ☒ No

**11.** Do you exercise? ☒ Yes ☐ No Type _Jogging_   How often? _Twice a day_

**12.** Are you now pregnant? ☐ Yes ☒ N/A If "Yes", estimated date of delivery? ___

**13.** Has a parent or sibling of any person to be insured ever had: heart disease; coronary artery disease; high blood pressure; cancer; diabetes; or mental illness? (If Yes, indicate below.)  ☐ Yes ☒ No

| Relationship to Proposed Insured: | Age(s) if Living | Age(s) at Death | State of Health (Specific Conditions) or Cause of Death Attach additional sheet(s) if necessary. |
|---|---|---|---|
| Father | | 70 | old age |
| Mother | | 65 | old age |
| 33  45 | B 50  S 32 | | |

**14.** a) Do you currently use any mechanical equipment such as a walker, wheelchair, long leg braces or crutches?  ☐ Yes ☒ No

b) Do you need any assistance or supervision with the following activities: bathing, dressing, walking, moving in/out of a chair or bed, toileting, continence or taking medication?  ☐ Yes ☒ No

I have read the answers to questions 2-14 before signing. They have been correctly written, as given by me, and are true and complete to the best of my knowledge and belief. There are no exceptions to any such answers other than as written.

| Witness to Signature | City and State | Mo./Day/Year | Signature of Proposed Insured (Parent or Guardian if under 18) |
|---|---|---|---|
| Sha Brown | ORLAND PARK | 04.16.06 | _Marwan U._ |

## Report of Paramedical/Medical Examiner
- **Complete Sections I and III for Paramedical Exam**
- **Complete Sections I, II and III for Physician's Exam**

**Section I**

1. (a) Date of birth 10/15/59 (b) Sex: M ☒ F ☐ (c) If female, was proposed insured menstruating on date of this examination? Yes ☐ No ☐

2.

| Height (in shoes) | Weight (clothed) | Chest (full inspiration) | Chest (forced expiration) | Abdomen (at umbilicus) |
|---|---|---|---|---|
| ft 5 in. 10 | 155 lbs. | Males in. 47 | Males in. 40 | Males in. 39 |

Did you measure? Yes ☒ No ☐      Did you weigh? Yes ☐ No ☐

3. Blood Pressure (Record ALL readings – at least two):

| | Sitting | If systolic over 140 or diastolic over 90, repeat later in exam |
|---|---|---|
| | Systolic/Diastolic – 5th phase | |
| | 1201 80  120/80 | 1 | 1 |

4. Pulse At Rest: Rate (per min.) 72   Irregularities (per min.) _____
5. Is appearance unhealthy or older than stated age? Yes ☐ No ☒
6. Urinalysis: Protein: Positive ☐ Negative ☐   Sugar: Positive ☐ Negative ☐
   Is blood also being sent to lab? Yes ☒ No ☐   ECG done? Yes ☐ No ☐

0067853954

Details for answers to questions 7–11.

**Section II**

7. Heart: Is there any:
   a) Enlargement? Yes ☐ No ☐    c) Dyspnea? Yes ☐ No ☐
   b) Murmur(s)? Yes ☐ No ☐      d) Edema? Yes ☐ No ☐
      (If Yes, complete below)

DL# K600 549582 72-1L
S.S.# 360.64.2515

|  | Murmur 1 | Murmur 2 |
|---|---|---|
| Location (Apical, Aortic, Pulmonic, Parasternal) | | |
| Timing (Systolic, Presystolic, Diastolic) | | |
| Quality (Coarse, Blowing, Rumbling, Musical) | | |
| Loudness (Grade 1–6) | | |
| Constant (Yes or No) | | |
| Transmitted (Yes or No) | | |
| After Exercise (Increased, Absent, Unchanged, Decreased) | | |

Indicate:
Apex by:  X
Murmur area by:  O
Point of greatest intensity by:  □
Transmission by:

8. Is there on examination any abnormality of the following?                Yes ☐ No ☐
   a) Eyes, ears, nose, mouth pharynx? (If vision or hearing markedly     Yes ☐ No ☐
      impaired, indicate degree and correction.)
   b) Skin (include scars); lymph nodes; varicose veins or peripheral arteries?  Yes ☐ No ☐
   c) Nervous system (include reflexes, gait, and paralysis)?             Yes ☐ No ☐
   d) Respiratory system?                                                 Yes ☐ No ☐
   e) Abdomen (describe scars, liver enlargement)?                        Yes ☐ No ☐
   f) Genitourinary system?                                              Yes ☐ No ☐
   g) Endocrine system (include thyroid)?                                 Yes ☐ No ☐
   h) Musculoskeletal system (include spine, joints, amputations,         Yes ☐ No ☐
      and deformities)?
9. Are there any hernias?                                                 Yes ☐ No ☐
10. Are you aware of additional medical history?                          Yes ☐ No ☐
11. Are you the personal physician of the applicant?
12. Please provide your overall clinical impression of proposed insured: MARWAN ISHOURI   04.18.01 Date/Time of exam 8.4C

**Section III** Name of person examined MARWAN ISHOURI

Place of exam: ☐ Examiner's office  ☒ Proposed Insured's Residence  ☐ Proposed Insured's Business
City/State ORLAND PARK IL
Agent/Broker KIM CUCHECKI   Branch/District or Agency Name _____  Tax ID # _____
Signature of Paramedical/Medical Examiner _____   Address _____
Printed Name MIRZA SON BAIG



EMSI
3317 W. 95TH STREET
STE. 4 (LOWER LEVEL)
EVERGREEN PARK, IL 60805

**Metropolitan Life Insurance Company**

ame of Insured

HOURI, MARWAN I

gency

1L

ales Office

HE MIDSTATES G IL

Application Number
706007715

Date of this form
04/15/2006
Policy Number
6478735 **AH**

MAY 0 4 2006

**MetLife**®

o: Metropolitan Life Insurance Company

**Application Amendment**

Metropolitan Life Insurance Company
New York. New York. 10010

amend the application referred to above. as follows

**Do Not Alter or Amend This Form**

Part A, Question #5 - basic residual has been added as an optional
benefit.

The answer to questions #9(a)(b)(c) on page 3 are all no.
The answer to question #11(j) on page 4 is no.
The answer to question #13 on page 4 is no.
The answer to question #8 on page 6 is no.

Amendment Desk

**his application amendment** is part of the application referred to above and is subject to the agreements in that application. The
pplication and this amendment are part of the policy/contract to which they are attached.

o the best of my knowledge and belief. the statements and answers in the application as amended by this form are true and
omplete as of the date this form is signed. There are no facts or circumstances which would require a change in the answers in the
pplication, except as shown above.

Signature of Insured

Date

Signature of Witness

Date

It is important that this signed document be returned to the IDI office within 30 days of receipt.  Send to:

**MetLife – Disability Income Unit**
**PO Box 30591**
**Tampa Fl 33630-3591**
**Attention: A/R Control**
**Fax: 813-673-3808**

DEABEO

0843-82-A (0694)

# EXHIBIT

# C

# MetLife

**Metropolitan Life Insurance Company**
P.O. Box 30429
Tampa, FL 33630-3429

**...itial Claim for Disability Benefits**

IF YOU HAVE QUESTIONS
CALL (800) 929-1492

## A. CLAIMANT'S STATEMENT

Name (Last, First, MI) **KHOURI  MARWAN  I.**

Policy #: **6 478 735 AH**

Address (If PO Box, also show street address) **15620 Sunrise Lane**

Social Security #:

City **Orland Park**  State **IL.**  Zip **60462**

Date of Birth **10-16-58**  Height **5'8"**  Weight **180**

Home Phone (include area code) **(708) 403 5105**

Date Last Worked: **10-8-07**

Is your disability due to: ☒ Injury/Accident  ☐ Sickness  ☐ Pregnancy?

If due to Injury/Accident, please provide date, time and details (when, where, how). If due to Sickness, please provide nature and details of sickness. **On  10-8-07  at  Suncast Corp.  Hurt on the Job and injured my back.**

Have you ever had a similar injury or sickness? ☒ Yes  ☐ No  If Yes, please provide dates: **6-3-04  was treated completly for it and returned to work**

Is this condition work related? ☒ Yes  ☐ No

If condition is due to pregnancy, what is your expected delivery date?

What type of delivery is expected?

Please provide the name of your Medical Coverage Provider: **Benefit Administrative Systems**
Their Address: **17475 Jovanna Dr. Ste 1B  Homewood, IL. 60430**
Policy #: **0247486**  Group **119652**
Phone #: **708 799 7400**

Please provide the date of first treatment for this condition: **10-8-07**

Have you been hospitalized for this condition? ☒ Yes  ☐ No

If Yes, please provide dates from **10-8-07** to **10-8-07**

Please identify the primary insured (self, spouse, other): **Marwan Khouri**

Name & Address of Hospital **Provena Mercy Hospital  1325 N. Highland Ave.  Aurora, IL. 60506**

### PLEASE LIST ALL PHYSICIANS WHO HAVE TREATED YOU WITHIN THE LAST 5 YEARS (Attach extra sheet, if necessary)

Name: **Dr. Richard Lim**
Street Address: **10719 W. 160th Street**
City, State, Zip: **Orland Park, IL 60467**
Phone #: **(708) 226 3300**
Treatment Dates: **10-11-07**

Name: **Dr. Richard Cristea**
Street Address: **521 E. 86th Ave. Ste. Z**
City, State, Zip: **Merrillville, IN. 46410**
Phone #: **(219) 769 0777**
Treatment Dates: **11-14-07**

### PLEASE LIST ALL HOSPITAL CONFINEMENTS WITHIN THE LAST 5 YEARS (Attach extra sheet, if necessary)

Hospital:

Street Address:

City, State, Zip:

Phone #:

Treatment Dates:

Hospital:

Street Address:

City, State, Zip:

Phone #:

Treatment Dates:

2008 JAN -2 PM 1:32

ISCD/MET (01/07)

## A. CLAIMANT'S STATEMENT (CONTINUED)

I was unable to work due to injury or sickness: From: **10-8-07** To: **present**
(mo/day/year)            (mo/day/year)

I first returned to my place of business or work since becoming disabled On: _____ (mo/day/year)

I returned to work in a limited capacity From: _____ (mo/day/year) To: _____ (mo/day/year)

Have you applied for or are you receiving income from any other sources? ☐ Yes **☒ No**

If Yes, please check any and all benefits that you are eligible to receive or are receiving:

| | Applied Yes | Applied No | Receiving Yes | Receiving No | Date Applied For | Amount Received Weekly | Amount Received Monthly | Effective Date |
|---|---|---|---|---|---|---|---|---|
| Social Security | ☐ | ☒ | ☐ | ☐ | | | | |
| Workers' Compensation | ☐ | ☒ | ☐ | ☐ | | | | |
| State Disability Insurance | ☐ | ☒ | ☐ | ☐ | | | | |
| Retirement or Pension | ☐ | ☒ | ☐ | ☐ | | | | |
| Short Term Disability | ☐ | ☒ | ☐ | ☐ | | | | |
| Salary Continuation | ☐ | ☒ | ☐ | ☐ | | | | |
| Dept. of Veterans Affairs | ☐ | ☒ | ☐ | ☐ | | | | |
| Unemployment | ☐ | ☒ | ☐ | ☐ | | | | |
| Union | ☐ | ☒ | ☐ | ☐ | | | | |
| Other | ☐ | ☐ | ☐ | ☐ | | | | |

Describe all disability coverage in force, and all disability coverage applied for in the past 12 months. Indicate if it is (A) Individual, (B) Social Security Substitute, (C) Association, (D) Group, (E) Salary Continuation, (F) Overhead Expense, or (G) Buy-out. If none, so state by writing "none."

| Company or source, and policy number | Type (A, B, C, etc.) | Monthly Amount | Elimination Period | Benefit Period |
|---|---|---|---|---|
| | | | | |
| | | | | |

Please provide your educational background:

| High School (Name & Location) | Dates Attended: | Graduate? Year | Major/Degree |
|---|---|---|---|
| George Washington-Chicago | 1979 | ☒ Yes ☐ No 1979 | Diploma |
| College/Trade School (Name & Location) Northern IL. DeKalb | 1986 | ☒ Yes ☐ No 1986 | B.S. Engineering |
| Graduate School (Name & Location) Northern IL. DeKalb | 1995 | ☒ Yes ☐ No 1995 | M.S. Engineering |

Please provide your employment background:

| Previous Employer (Name & Location) | Length of Employment | Position Held |
|---|---|---|
| Flextronic Co. ELK Grove, IL | 4 years | Engineer |
| Next Previous Employer (Name & Location) Tower Automation. Chicago IL. | 2 years | Engineer. |

Do you currently have or have you ever had any professional certifications, licenses, or affiliations:

**American Society for Quality Certifications**

ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR A STATEMENT OF CLAIM WITH MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO MAY BE GUILTY OF COMMITTING A FRAUDULENT INSURANCE ACT. PLEASE SEE PAGES 2 AND 3 FOR STATE SPECIFIC FRAUD WARNINGS.

THE ABOVE INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT MAY BE A CRIME TO FILL OUT THIS FORM WITH FACTS I KNOW ARE FALSE OR LEAVE OUT FACTS I KNOW ARE IMPORTANT.

_marwan Khan_                          **12-27-07**
CLAIMANT'S SIGNATURE                   Date

ISCD/MET (01/07)

## B. DESCRIPTION OF OCCUPATIC ACTIVITIES (If Related to Unemployer please provide the details of your daily tasks prior to the start of y u. disability as requested in the appropriate section).

Your Name: **Marwan Khouri**

Your Occupation: **Quality Engineer**

Employer Name: **Suncast Corp.**

Employer Address: **701 N. Kirk Road**

Street **Batavia IL 60510**

City **Batavia** State **IL** Zip Code **60510**

If self-employed, please provide type of business as filed for Federal Income Tax Purposes:

❏ regular corporation   ❏ sub S corporation   ❏ partnership

❏ sole proprietor

Telephone **(630) 879 2050**

Fax **(630) 406 6296**

What is your ownership interest? _____ %

| Number of hours worked in a normal week: | Usual hours worked | Shift? _____ | Years with current employer: | Gross monthly income prior to disability: |
|---|---|---|---|---|
| **40 Hrs.** | From: ____ am/pm  To: ____ am/pm | **None** | **2** | **$4,538.48** |

### IN AN 8 HOUR WORKDAY, YOUR OCCUPATION REQUIRES:

Number of Hours Per Work Shift

| | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| 1. Sitting | | ✓ | | | |
| 2. Standing | | ✓ | | | |
| 3. Walking | | | | ✓ | |
| 4. Bending over | | ✓ | | | |
| 5. Twisting | | ✓ | | | |
| 6. Climbing | | | | | |
| 7. Reaching above shoulder level | | | | | |
| 8. Crouching/Stooping | | | | | |
| 9. Kneeling | | | | | |
| 10. Balancing | | | | | |
| 11. Pushing or pulling | | | | | |

12. Repetitive use of foot control

| | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| A. Right foot only | | | | | |
| B. Left foot only | | | | | |
| C. Both feet | ✓ | | | | |

13. Repetitive use of hands

| | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| A. Right hand only | | | | | |
| B. Left hand only | | | | | |
| C. Both hands | ✓ | | | | |

Number of Hours Per Work Shift

| | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|

14. Grasping

A. Simple/Light
  1. Right hand only
  2. Left hand only
  3. Both hands — ✓ (0)

B. Firm/Strong
  1. Right hand only
  2. Left hand only
  3. Both hands — ✓ (0)

15. Fine finger dexterity
  A. Right hand only
  B. Left hand only
  C. Both hands

16. Use of head and neck in:
  A. Static position
  B. Twisting
  C. Looking up
  D. Looking down

| | Never 0% of Time | Occasionally 1-33% of Time | Frequently 34-66% of Time | Continually 67-100% of Time |
|---|---|---|---|---|

17. Lifting or carrying

| | Never 0% of Time | Occasionally 1-33% of Time | Frequently 34-66% of Time | Continually 67-100% of Time |
|---|---|---|---|---|
| A. Up to 10 lbs. | | | | ✓ |
| B. 11 – 20 lbs. | | | | ✓ |
| C. 21 – 50 lbs. | | | ✓ | |
| D. 51 – 100 lbs. | | ✓ | | |
| E. 100 + lbs. | | | | |

18. In the course of performing the job, you are required to:

|  | Yes | No |
|---|---|---|
| A. Drive cars, trucks, forklifts and/or other equipment | ✓ | ❏ |
| B. Be around moving equipment and/or machinery | ✓ | ❏ |
| C. Walk on uneven ground | ✓ | ❏ |

|  | Yes | No |
|---|---|---|
| D. Be exposed to dust, gas or fumes | ✓ | ❏ |
| If Yes; are respirators required | ❏ | ✓ |
| E. Be exposed to marked changes in temperature or humidity | ✓ | ❏ |
| F. Work overtime on a routine basis | ✓ | ❏ |

Page 7

## B. DESCRIPTION OF OCCUPATION/ACTIVITIES (CONTINUED)

Where do you work?    ❑ Mostly indoors    ❑ Mostly outdoors    ☑ Equally indoors and outdoors

Have your occupational duties or employment status changed in any way in the 12 months immediately preceding your disability?    ☒ Yes    ❑ No    If Yes, how?

Total disability per Doctor examinations.

**DESCRIBE OCCUPATIONAL DUTIES OR IF RETIRED/UNEMPLOYED, DESCRIBE DAILY TASKS PRIOR TO DISABILITY:**

| Activity | Hours spent weekly | Equipment used in task | Frequency of use |
|---|---|---|---|
| Walking For Testing | 30 | Quality Tools | Continuous |
| Sitting | 5 | Computer | Continuous |
| Bending over / Kneeling | 3 | Quality Tools | occasional |
| pushing / pulling | 2 | Quality Tools | occasional |

**WHICH OF THE DUTIES/ACTIVITIES ABOVE ARE YOU NOW UNABLE TO PERFORM AND WHY?**

| Activity | Explanation |
|---|---|
| All Duties | Strong Medication for Lumbar Strain Condition. |

**PLEASE PROVIDE ANY ADDITIONAL INFORMATION YOU FEEL WOULD ASSIST US IN EVALUATING YOUR CLAIM.**

ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR A STATEMENT OF CLAIM WITH MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO MAY BE GUILTY OF COMMITTING A FRAUDULENT INSURANCE ACT. PLEASE SEE PAGES 2 AND 3 FOR STATE SPECIFIC FRAUD WARNINGS.

THE ABOVE INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IT MAY BE A CRIME TO FILL OUT THIS FORM WITH FACTS I KNOW ARE FALSE OR LEAVE OUT FACTS I KNOW ARE IMPORTANT.

Marwan Khori                                    12-27-07
**CLAIMANT'S SIGNATURE**                        Date

ISCD/MET (01/07)

**C. ATTENDING PHYSICIAN'S STATEMENT**

| Name of Patient | Social Security Number | Employer | Date of Birth |
|---|---|---|---|
| Marwan Khouri | | Suncast | 10/16/58 |

Who referred this patient to you?

Address:

Phone:

Symptoms result from: ☒ Injury/Accident  ☐ Sickness  ☐ Pregnancy

Date symptoms first appeared or injury/accident happened: 10·8·07 per patient

Is condition work related? ☒ Yes  ☐ No   *New patient*

Initial date of treatment: 10·11·07 with this practice

Dates of additional treatment: 10·11·07, 11·1, 11·29, 12·20

Has the patient ever had a same or similar condition? ☒ Yes ☐ No
If Yes, please provide details: On 6·3·04 lifting a part to test that weighed between 35-50 lbs / onset of lower back / discomfort tingling in left leg

Please provide the name, address, and phone number for each provider the patient is being treated by:

| Name | Address | Phone Number |
|---|---|---|
| seeing neurologist who is not this practice — unknown name — get name & info from patient | | |

Has the patient ever been hospitalized? ☐ Yes ☒ No  If Yes, please provide dates confined: _____ through _____

Name and address of the facility:

*2008 JAN -2 PM 1:33*

Diagnosis: Lumbar Strain    ICD9 Code: 847.2

Subjective Symptoms: See 10·11, 11·1 11·29 & 12·20 VISITS attached

Objective findings to include copies/results of any x-rays, lab tests, EKGs, MRIs, scans and office notes: See 10·11, 11·1, 11·29, 12·20 visits attached

Please describe any surgery performed or scheduled. Please include CPT4 code, procedure, and date.

Does the patient have any chronic or recurring conditions not described above? ☐ Yes ☐ No
If Yes, please provide details including diagnosis and treatment information: See all VISITS attached

**Disability Income Claims • P.O. Box 30429 • Tampa, Florida 33630-3429**

Page 9

ISCD/MET (01/07)

## C. ATTENDING PHYSICIAN'S STATEMENT (CONTINUED)

Please describe the specific physical and/or mental limitations and restrictions the patient is experiencing:

*See all VISITS ATTACHED*

Please describe the treatment plan for this patient.

Please list the medications prescribed, including name and dosage.

*Arthrotec + lee PO BID   75 mg*

Do you recommend that the patient become involved in any of the following? Please check as many as apply.

[X] Physical Therapy   ☐ Pain Management Program   ☐ Vocational Rehabilitation
☐ Occupational Therapy   ☐ Work Hardening Program   ☐ Psychological Counseling
☐ Cardiac Rehabilitation   ☐ Job Modification   ☐ Other

Has this been discussed with the patient?   ☐ Yes   ☐ No

Please provide the name and address of any facility to which this patient has been referred:

*PT SIR*
*9763 W 143rd St / Suite C / Orland PK se*

Please provide any additional information you feel would assist us in evaluating this patient's claim for disability benefits.

*Just fee all VISITS ATTACHED*

I hereby certify that the above information is true and accurate to the best of my knowledge.

Physician Name: *Richard D. Lim*   Degree: *MD*   Specialty *Orthopaedic Surgery*

Street address *10719 W 160th*   City: *Orland*   State: *IL*   Zip Code: *60467*

Telephone # *708 326 3300*   Fax # (___)   Tax ID #: *364005696*

Contact person if additional information is necessary: _____

Signature: _____   (Required)   Date: *12 27 07*

**\*\* Please be sure that you sign this form as stamped signatures are not acceptable.\*\***

ISCD

## D. EMPLOYER'S STATEMENT *, Jt Working at this time* Marie Kli
12-27-07

*-- Please attach written job description to this form --*

| Employee's Name: | Social Security Number: |
|---|---|

Company Name:

Contact Person:

Company address and phone number:

| Premium Contributions ❑ Pre-Tax<br><br>Employer _____ %   ❑ Post-Tax<br><br>Employee _____ % | Basic Earnings (exclusive of overtime, bonus, etc.)<br><br>$ _____  ❑ Hourly  ❑ Weekly  ❑ Monthly | Employee's Date of Hire |
|---|---|---|
| Employee's status as of first day absent<br>If other than Active, please explain. | ❑ Active        ❑ Vacation<br>❑ LOA          ❑ Laid Off<br>❑ Terminated  ❑ Retired | Has employee had previous absences from work due to disability? ❑ Yes ❑ No  If Yes, provide dates and medical conditions. |

Does your company provide group disability coverage?  ❑ Yes  ❑ No  ❑ STD  ❑ LTD

Provider Name _____  Policy # _____

Provider Address _____  Telephone # _____

_____  Date Coverage Effective: _____

| Is condition work related?  ❑ Yes ❑ No | Is employee receiving Workers'<br>Compensation benefits?  ❑ Yes ❑ No |
|---|---|

**Workers' Compensation**

Carrier's name, address and phone number:

Case Number:

Policy Number:

| Name of employee's immediate supervisor: | Avg. hours worked per week |
|---|---|

Title of employee's occupation:

| Does the employee's job remain open? | Date last worked:<br>Full-time?              Part-time? | 2008 JAN -2 PM 1:33 |
|---|---|---|
| Can employee's job be modified?  ❑ Yes ❑ No  If Yes, describe how. | | |
| Has return to work been discussed with employee?  ❑ Yes ❑ No  If Yes, date: | | |

Employer Representative's Signature: _____

Date _____

Print Name (Last, First, Middle Initial)        Title        Telephone/Extension Number

**Disability Income Claims • P.O. Box 30429 • Tampa, Florida 33630-3429**

ISCD/MET (01/07)

**This page intentionally left blank.**

ISCD/MET (01/07)

**MetLife**

Metropolitan Life Insurance Company
P.O. Box 30429
Tampa, FL 33630-3429

## E. AUTHORIZATION

**Name of Insured:** MARWAN KHOURI     **DOB:** 10/16/1958
(Please Print)

**Policy Number(s):** 6 478735 AH

**For purposes of determining eligibility for disability benefits and evaluating claim(s), I authorize:**

- Any medical/treating practitioner or facility, any insurer, any employer, any pharmacist or pharmacy, any government agency (including the Social Security Administration), any benefit plan administrator or other third party administrator, any insurance support organization, consumer reporting agency or MIB Group Inc. (MIB) to give Metropolitan Life Insurance Company ("MetLife") an employee or representative of MetLife or any third party (including a consumer reporting agency preparing a consumer report) acting on MetLife's behalf, any and all information about the health, medical care, physical condition and disability of the Insured named above, including:
  - The entire medical record for the Insured including medical information, records and data about the Insured, including information, records and data about prescribed treatment, physical therapy, medicines and drugs and about sexually transmitted diseases:
  - Information relating to Acquired Immune Deficiency Syndrome (AIDS) or AIDS related conditions about the Insured, including Human Immuno-deficiency Virus (HIV) test results;
  - Information, records and data about the Insured relating to alcohol or drug use, including that which may be protected by Federal Regulations 42 CFR part 2; and
  - Information, records and data about the Insured relating to mental illness (other than psychotherapy notes).
- MetLife to request and obtain consumer, investigative consumer or motor vehicle reports about the Insured.
- Any employer, business associate, financial institution, consumer reporting agency, insurer, group policyholder or contract holder, government agency (including the Social Security Administration) to give MetLife, an employee or representative of MetLife or any third party (including a consumer reporting agency preparing a consumer report) acting on MetLife's behalf, any information or data that it may have about the employment, occupation, avocations, driving record, finances, character, reputation and aviation activities of the Insured.

**I understand that:**

- All or part of the information, records and data that MetLife receives pursuant to this Authorization may be disclosed to MIB.
- All or part of the information may also be disclosed to and used by any reinsurer, employee, affiliate, Health Claims Index or independent contractor who performs a business service for MetLife regarding the claim(s) for benefits, which concerns insurance coverage regarding the Insured, or as otherwise required or permitted by applicable laws.
- Medical information, records and data that may have been subject to federal and state laws or regulations (including 42 CFR part 2 and federal regulations issued by Health and Human Services setting forth standards for the use, maintenance and disclosure of such information by health care providers and health plans), once disclosed to MetLife, may no longer be covered by those laws or regulations.
- Information relating to HIV test results will only be disclosed as permitted by applicable law.
- I am not required by law to sign this Authorization, but if I do not, the Company will not be able to evaluate my claim for individual disability income benefits. In addition, health care provider(s) or health care plan(s) asked to release information pursuant to this Authorization cannot condition treatment or payment for treatment or other benefits on my signing it.
- This Authorization will end 24 months from the date on this form or sooner if prescribed by law. I may revoke this Authorization at any time by writing to MetLife at the address above and advising that I have revoked this Authorization. Any action taken before MetLife has received my revocation will be valid.
- I have a right to receive a copy of this form.

**A photocopy of this form is as valid as the original form.**

**Signature:** Marwan Khouri     **Date:** 12-27-07

**Print Name:**

If other than the Insured, please describe your legal authority to authorize the release of this information: (e.g., Conservator or Guardian of the person or estate of the Insured, person named under a Durable Power of Attorney, surviving spouse or other next-of-kin, etc.)

ISCD/MET (01/07)

**This page intentionally left blank.**

ISCD/MET (01/07)

# EXHIBIT

# D

Metropolitan Life Insurance Company
P.O. Box 30429
Tampa, FL 33630-3429
Tel: 800-929-1492

# MetLife®

Individual Disability Income
Disability Income Claims

April 10, 2008

Marwan Khouri
15620 Sunrise Ln
Orland Park, IL 60462

NOTICE OF RESCISSION

| | |
|---|---|
| Premiums: | $ 8,531.28 |
| Interest: | $ 710.87 |
| Total Refund: | $ 9,242.15 |

Re:    Policy No. 6 478 735 AH

Dear Mr. Khouri:

The above numbered policy was issued in reliance upon the statements and answers in the application, a copy of which is attached to the policy. We have now learned that material information including, but not limited to the following, was not disclosed in the application.

Your June 23, 2004 office visit documents injury to your lower back, and diagnosis of degenerative disc disease at L4-L5.

Your February 3, 2005 office visit documents that you were continuing to have problems and that you were injected with Kenalog, Marcaine and Lidocaine.

On February 21, 2005 you underwent MRI testing, which found a small annular tear at L5-S1 and moderate degenerative facet hypertrophy of the lower lumbar spine.

On March 16, 2006, a chest x-ray was performed at Palos Community Hospital. The reason for the test was described as coronary artery disease and chest pain.

On March 31, 2006, a coronary angiogram documented decreased left ventricular function, ejection fraction 45%, stenosis of LAD 99%, left circumflex 99% lesion, right coronary artery 70% lesion. A plan was made for coronary artery bypass surgery. You were hospitalized from that date through April 8, 2006 at Christ Medical Center, and the discharge summary references a stress test which was done at Palos Hospital.

You underwent 3-vessel coronary bypass surgery on April 3, 2006.

Because the application failed to disclose material facts as stated above, MetLife declares the above numbered policy rescinded and null and void, and denies any liability thereunder.

Also, we wish to let you know the following with regard to your claim: 1) in the claim forms you completed, and in conversations with us after we received those forms, you

Marwan Khouri                          Page 2                          April 10, 2008

stated that a back injury is the cause of your disability; 2) as indicated the previous page of this letter, copies of your medical records show you were found to have a small annular tear at L5-S1 less than two years before you applied for the policy; 3) copies of your medical records show that MRI testing performed on October 10, 2007 (two days after your claimed date of disability) resulted in the same finding; 4) in a visit with you one day after that MRI, Dr. Lim advised you of its finding and discussed treatment options with you, and 5) on the Attending Physician's Statement he completed for your claim, Dr. Lim answered yes to the following question: "Has the patient ever had a same or similar condition?"

Considering the factors in the above paragraph, we find that the condition from which you are claiming to be disabled is preexisting. As such, benefits would not have been payable for your claim. Please note that the policy's Effective Date is April 15, 2006, that your claimed disability date is October 8, 2007, and that the policy states:

> We will not pay benefits for a Disability that starts during the first 2 years after the Effective Date if it was due to a Preexisting Condition. This exclusion does not apply to any condition that was disclosed, and that was not misrepresented, in the Application and was not excluded by name or specific description.

> **Preexisting Condition** means a Sickness or Injury for which, in the 5 years prior to the Effective Date:

> 1. Medical advice or treatment or care was contemplated, or was received from a Physician; or

> 2. Symptoms existed that would cause an ordinarily prudent person to seek diagnosis, care or treatment.

Please note this letter is based solely upon information currently available to MetLife. MetLife expressly reserves all rights and defenses regarding any additional information in connection with this matter.

Please contact us at 800-929-1492 if you have any questions. My extension is 6233, or you may contact John Stanton, the Senior Disability Claims Specialist handling this matter, at extension 6401. We are willing to reevaluate our decision should you have any additional information you would like us to review.

Sincerely,

Jacqueline Mallon
Director

JM/JS



**MetLife®**  Metropolitan Life Insurance Company

C-111 (12-91)

| POLICY NUMBER | CLAIM NUMBER | DATE | DRAFT NO. |
|---|---|---|---|
| 6 478 735 AH | 20 710 125 627 | 04/10/08 | 11106391 |

1-2
210

**PERSONAL HEALTH INSURANCE**

IN FULL PAYMENT OF CLAIM UNDER THE ABOVE
NUMBERED POLICY FOR INJURIES SUSTAINED
OR SICKNESS BEGINNING ON OR ABOUT

15620 Sunrise Ln
Orlando Park IL 60462

Premium$8,531.28
Interest$ 710.87
Total $9,242.15   **THE SUM OF**

**PAY TO THE ORDER OF** Marwan Khouri

$ 9,242.15

Nine Thousand Two Hundred Forty Two and 15/100

**DOLLARS**

Rescission

PAYABLE THROUGH
**JP MORGAN CHASE BANK**
ONE CHASE MANHATTAN PLAZA NY, NY. 10081

AUTHORIZED SIGNATURE

⑈11106391⑈ ⑆0210000 21⑆ 002⑈300 294⑈⑈