IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No.   08 C 2117 |
| v. | ) ) | Judge Gettleman |
| MARWAN I. KHOURI, | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by its attorneys, Michael J. Smith and Warren von Schleicher, submits its Motion for Entry of Judgment by Default, and states as follows:

1. Applicants for insurance coverage have a duty to provide truthful answers to the questions on an insurance application. Insurers, in turn, are entitled to rely upon the truthfulness of an applicant's answers, and are not required to perform an independent examination into the accuracy of those answers. *See Bajwa v. Metropolitan Life Ins. Co*., 333 Ill.App.3d 558, 580, 776 N.E.2d 609, 627 (1st Dist. 2002), *aff'd*, 208 Ill.2d 414, 804 N.E.2d 519 (2004).

2. Defendant, Marwan I. Khouri ("Khouri"), applied for and was issued a disability insurance policy ("Policy") by MetLife with an effective date of April 15, 2006.

3. In order to obtain the Policy, Khouri provided answers to medical history questions in the Application and in the Paramedical/Medical Exam form ("Exam form"). Khouri signed the Application and Exam form and verified that his answers were true and complete to the best of his knowledge and belief. Khouri, however, misrepresented his medical history on those forms.

4. MetLife relied on Khouri's answers to the medical history questions on the Application and Exam form in issuing the Policy. MetLife would not have issued the Policy to Khouri if he had truthfully disclosed his history of medical problems in the Application and Exam form. Khouri's misrepresentations regarding his medical history on those forms, therefore, were material to the risk undertaken by MetLife in issuing the Policy.

5. MetLife first learned that Khouri's statements about his medical history on the Application and Exam form were false while evaluating his claim for disability benefits submitted to MetLife on December 27, 2007.

6. On April 10, 2008 MetLife tendered to Khouri all premiums paid for the Policy, plus interest, in the total amount of $9,242.15. (A true and correct copy of the April 10, 2008 letter and copy of the check is attached hereto as Exhibit A).

7. MetLife requests that the court: (i) enter final judgment rescinding the Policy pursuant to 215 ILCS 5/154; and (ii) award MetLife its costs incurred in connection with the filing of the Complaint pursuant to Fed. R. Civ. P. 4(d)(2)(A) and (B).

WHEREFORE, plaintiff, METROPOLITAN LIFE INSURANCE COMPANY, for the reasons stated herein, prays that the court grant MetLife the relief requested herein.

Respectfully submitted,

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates   By:   /s/ Warren von Schleicher
39 S. LaSalle St., Suite 1005                   Attorney for Plaintiff, Metropolitan
Chicago, Illinois 60603                            Life Insurance Company
(312) 541-0300

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2008, I electronically filed the foregoing using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following:

Mr. Marwen I. Khouri
15620 Sunrise Lane
Orland Park, Illinois  60462

                                Respectfully submitted,

                                /s/ Warren von Schleicher
                                Smith, von Schleicher & Associates
                                39 S. LaSalle St., Suite 1005
                                Chicago, Illinois  60603
                                (312) 541-0300
                                (312) 541-0933 Facsimile
                                ARDC #6197189
                                warren.vonschleicher@svs-law.com

# PLAINTIFF'S EXHIBIT A

Metropolitan Life Insurance Company
P.O. Box 30429
Tampa, FL 33630-3429
Tel: 800-929-1492

**MetLife**®

Individual Disability Income
Disability Income Claims

April 10, 2008

Marwan Khouri
15620 Sunrise Ln
Orland Park, IL 60462

NOTICE OF RESCISSION
Premiums:   $ 8,531.28
Interest:    $   710.87
Total Refund: $ 9,242.15

Re:    Policy No. 6 478 735 AH

Dear Mr. Khouri:

The above numbered policy was issued in reliance upon the statements and answers in the application, a copy of which is attached to the policy. We have now learned that material information including, but not limited to the following, was not disclosed in the application.

> Your June 23, 2004 office visit documents injury to your lower back, and diagnosis of degenerative disc disease at L4-L5.

> Your February 3, 2005 office visit documents that you were continuing to have problems and that you were injected with Kenalog, Marcaine and Lidocaine.

> On February 21, 2005 you underwent MRI testing, which found a small annular tear at L5-S1 and moderate degenerative facet hypertrophy of the lower lumbar spine.

> On March 16, 2006, a chest x-ray was performed at Palos Community Hospital. The reason for the test was described as coronary artery disease and chest pain.

> On March 31, 2006, a coronary angiogram documented decreased left ventricular function, ejection fraction 45%, stenosis of LAD 99%, left circumflex 99% lesion, right coronary artery 70% lesion. A plan was made for coronary artery bypass surgery. You were hospitalized from that date through April 8, 2006 at Christ Medical Center, and the discharge summary references a stress test which was done at Palos Hospital.

> You underwent 3-vessel coronary bypass surgery on April 3, 2006.

Because the application failed to disclose material facts as stated above, MetLife declares the above numbered policy rescinded and null and void, and denies any liability thereunder.

Also, we wish to let you know the following with regard to your claim: 1) in the claim forms you completed, and in conversations with us after we received those forms, you

stated that a back injury is the cause of your disability; 2) as indicated the previous page of this letter, copies of your medical records show you were found to have a small annular tear at L5-S1 less than two years before you applied for the policy; 3) copies of your medical records show that MRI testing performed on October 10, 2007 (two days after your claimed date of disability) resulted in the same finding; 4) in a visit with you one day after that MRI, Dr. Lim advised you of its finding and discussed treatment options with you, and 5) on the Attending Physician's Statement he completed for your claim, Dr. Lim answered yes to the following question: "Has the patient ever had a same or similar condition?"

Considering the factors in the above paragraph, we find that the condition from which you are claiming to be disabled is preexisting. As such, benefits would not have been payable for your claim. Please note that the policy's Effective Date is April 15, 2006, that your claimed disability date is October 8, 2007, and that the policy states:

> We will not pay benefits for a Disability that starts during the first 2 years after the Effective Date if it was due to a Preexisting Condition. This exclusion does not apply to any condition that was disclosed, and that was not misrepresented, in the Application and was not excluded by name or specific description.

> **Preexisting Condition** means a Sickness or Injury for which, in the 5 years prior to the Effective Date:
>
> 1. Medical advice or treatment or care was contemplated, or was received from a Physician; or
>
> 2. Symptoms existed that would cause an ordinarily prudent person to seek diagnosis, care or treatment.

Please note this letter is based solely upon information currently available to MetLife. MetLife expressly reserves all rights and defenses regarding any additional information in connection with this matter.

Please contact us at 800-929-1492 if you have any questions. My extension is 6233, or you may contact John Stanton, the Senior Disability Claims Specialist handling this matter, at extension 6401. We are willing to reevaluate our decision should you have any additional information you would like us to review.

Sincerely,

Jacqueline Mallon
Director

JM/JS

| MetLife® Metropolitan Life Insurance Company | | C-111 DRAFT NO. |
|---|---|---|
| POLICY NUMBER 6 478 735 AH | CLAIM NUMBER 120 710 125 627 | DATE 04/10/08 |
| PERSONAL HEALTH INSURANCE | IN FULL PAYMENT OF CLAIM UNDER THE ABOVE NUMBERED POLICY FOR INJURIES SUSTAINED OR SICKNESS BEGINNING ON OR ABOUT | DRAFT NO. 11106391 |

15620 Sunrise Ln
Orlando Park IL 60462

PAY TO THE ORDER OF Marwan Khouri

Premium $8,531.28
Interest $ 710.87
Total $9,242.15

Nine Thousand Two Hundred Forty Two and 15/100 _____ DOLLARS

Rescission

THE SUM OF $ 9,242.15

PAYABLE THROUGH
JP MORGAN CHASE BANK
ONE CHASE MANHATTAN PLAZA NY, NY 10081

AUTHORIZED SIGNATURE

⑃11106391⑃ ⑆021000021⑆ 002⑊3⑊00299⑊

1-2
210